# EXHIBIT A

**Eliades Declaration**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE:                                                    Chapter 11 Case

ORLANDO INTERNATIONAL RESORT CLUB          Case No. 6:25-bk-06813-GER
CONDOMINIUM ASSOCIATION, INC.,[1]

     Debtor.

_____/

**DECLARATION OF DANIEL M. ELIADES IN SUPPORT OF DEBTOR'S**
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE**
**EMPLOYMENT AND RETENTION OF K&L GATES LLP AS BANKRUPTCY**
**CO-COUNSEL TO DEBTOR EFFECTIVE AS OF THE PETITION DATE**

     I, Daniel M. Eliades, Esq. pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare:

     1.     I am an attorney at law and partner of the law firm of K&L Gates LLP ("K&L Gates" or the "Firm"), with offices located at 200 S. Biscayne Boulevard, Suite 3900, Southeast Financial Center, Miami, FL 33131.

     2.     I have been duly admitted to practice in the State of New Jersey and the State of Washington.[2]  A motion seeking entry of an order allowing me to appear in this Chapter 11 case pro hac vice, filed at docket entry 12, remains pending as of the date of this Declaration (the "Declaration").  This Declaration is submitted pursuant to sections 327, 329, and 504 of title 11 of

---

[1] The last four digits of Debtor's tax identification number are 2126.  Debtor's primary place of business is 5353 Del Verde Way, Orlando, Florida 32819.

[2] I am also admitted to the following bars: United States Court of Appeals for the Third Circuit, United States District Court for the Northern District of Florida, United States District Court for the Central District of Illinois, United States District Court for the District of Colorado, United States District Court for the District of New Jersey, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States District Court for the Western District of Washington, and United States District Court for the Western District of Wisconsin.

the United States Code (the "<u>Bankruptcy Code</u>") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Federal Rules</u>"), and in support of *Debtor's Application for Entry of an Order Authorizing the Employment and Retention of K&L Gates LLP as Bankruptcy Co-Counsel to Debtor Effective as of the Petition Date* (the "<u>Application</u>").[3]

3.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge after due and appropriate inquiry, information supplied to me by other K&L Gates professionals or paraprofessionals, and/or my review of relevant documents. To the extent any information disclosed herein requires amendment or modification, as additional information becomes available to me or K&L Gates, I will submit a supplemental declaration to this Court reflecting such additional information.

## K&L GATES'S QUALIFICATIONS

4.      K&L Gates has extensive knowledge, expertise, and experience in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code.  K&L Gates is well qualified to serve as Debtor's co-counsel in this Chapter 11 Case.  K&L Gates is a global law firm with a national and international practice and has substantial experience in virtually all aspects of the law that may potentially arise in connection with the Chapter 11 Case, including bankruptcy, not-for-profit corporations, finance, litigation, real estate, and mergers and acquisitions. In addition, K&L Gates professionals have significant experience in representing developers, associations, and other parties in restructuring and/or sale of timeshare resorts, including in bankruptcy cases. K&L Gates's restructuring and insolvency practice group consists of dozens of attorneys practicing in offices throughout the United States and overseas.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

5.      Since its initial engagement in May of 2025, K&L Gates has gained significant knowledge about Debtor, its history, capital structure, governance, business operations, financial condition, and related matters. K&L Gates's professionals have worked closely with Debtor's Board of Directors, management and other professionals. Due to the prior work performed by K&L Gates on behalf of Debtor as well as in preparing for the Chapter 11 Case, K&L Gates has become familiar with Debtor's business and affairs and many of the potential legal issues that may arise in the context of the Chapter 11 Case. K&L Gates's knowledge regarding Debtor and its personnel will result in effective and efficient services in the Chapter 11 Case.

6.      In sum, the Firm's combination of relevant experience and expertise, together with its knowledge of Debtor and Debtor's affairs, presents K&L Gates as well-qualified and uniquely situated to represent Debtor in this proceeding in an efficient and timely manner.

<u>**SERVICES TO BE PROVIDED**</u>

7.      Debtor seeks to retain K&L Gates to render general legal services as its bankruptcy co-counsel throughout its Chapter 11 Case.  In summary, K&L Gates will primarily provide the following services to Debtor in the Chapter 11 Case, which list is not exhaustive:

(a) advising Debtor with respect to its rights, powers, and duties as debtor-in- possession in the continued management and operation of its business and assets, as well as management of the Property;

(b) advising Debtor with respect to the conduct of the Chapter 11 Case, including all legal and administrative requirements imposed by the Bankruptcy Code and Bankruptcy Rules;

(c) taking all necessary actions to protect and preserve Debtor's estate, including the prosecution of actions on Debtor's behalf, the defense of any actions commenced against Debtor, the negotiation of disputes in which Debtor is involved, and the preparation of

objections to claims filed against Debtor's estate;

(d)  preparing on behalf of Debtor all necessary motions, applications, answers, orders, reports, and other papers in connection with the administration of Debtor's estate;

(e)  taking all necessary actions in connection with any chapter 11 plan and related disclosure statement and all related documents, and such further actions as may be required in connection with the administration of Debtor's estate;

(f)  appearing before the Court and any other courts to represent the interests of Debtor's estate;

(g)  attending meetings and representing Debtor in negotiations with representatives of creditors and other parties-in-interest;

(h)  negotiating and preparing documents and pleadings relating to the disposition of assets, as requested by Debtor, including in connection with the marketing and sale of Debtor's interest in the Property together with the interests of all Association Members in the Property;

(i)  advising Debtor on transactions and matters relating to any sale of Debtor's assets including the Association Interest together with the interests of all Association Members in the Property; and

(j)  performing such other legal services for Debtor as may be necessary and appropriate in the administration of these Chapter 11 Case, including: (i) analyzing Debtor's leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against Debtor's assets; and (iii) advising Debtors on corporate matters and governance issues.

8.      By separate application, Debtor has asked or intends to ask the Court to approve

the retention of (a) Omni Agent Solutions, Inc. as its notice, claims and solicitation agent, (b) Hilco

Real Estate, LLC as its real estate broker and advisor, and (c) Shuker & Dorris, P.A. ("Shuker &

Dorris") as local and conflicts counsel to Debtor.  K&L Gates will coordinate with Debtor and

with each professional engaged by Debtor to ensure that there is no unnecessary duplication of

services to reduce professional costs to the estate.

## **PROFESSIONAL COMPENSATION**

9.      The Firm's fees for professional services will be based upon the amount of time

spent by lawyers, paralegals, and other professionals who perform services on behalf of Debtor

and their respective hourly rates as then in effect. Those hourly rates vary across the Firm and take

into account the timekeepers' experience in particular areas. The Firm operates in both national

and regional marketplaces for legal services in which rates are driven by multiple factors relating

to the individual lawyer, his or her area of specialty, the Firm's expertise, performance, and

reputation, the nature of the work involved, as well as other factors. These rates are set at a level

designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover

fixed and routine overhead expenses.

10.      K&L Gates will seek Court approval of its compensation and reimbursement of its

actual, necessary, and reasonable expenses, and other charges incurred by the Firm in connection

with the Chapter 11 Case, upon the filing of appropriate applications for interim and final

compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy

Code, the Bankruptcy Rules, and the Local Rules of the United States Bankruptcy Court for the

Middle District of Florida  The principal attorneys and paralegals presently designated to represent

Debtor, and their current hourly rates in the Chapter 11 Case are:

| NAME | TITLE | HOURLY RATE |
|---|---|---|
| Jeffrey T. Kucera | Partner | $1,080.00 |
| Margaret R. Westbrook | Partner | $875.00 |
| Daniel M. Eliades | Partner | $765.00 |
| William Waldman | Partner | $760.00 |
| Jennifer Mazawey | Partner | $715.00 |
| Peter J. D'Auria | Counsel | $760.00 |
| Jonathan N. Edel | Associate | $685.00 |
| Ryan W. DeSimone | Associate | $480.00 |
| Joy M. VanDerWeert | Paralegal | $360.00 |
| Kyra Swinney-Darby | Paralegal | $360.00 |

11.    The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.[4]  Other attorneys and paralegals from K&L Gates may from time to time also serve Debtor in connection with the matters described herein.  K&L Gates will apprise and consult with Debtor regarding the identity and hourly rates of additional K&L Gates professionals who may provide services in the Chapter 11 Case. The hourly rates K&L Gates charged Debtor prior to the Petition Date are the same as the rates that K&L Gates will initially charge Debtor post-petition. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, (a) copies, (b) outside printing, (c) telephone, (d) facsimile, (e) online research, (f) delivery services/couriers, (g) postage, (h) local travel, (i) out-of-town travel (including subcategories for transportation, hotel, meals, and ground transportation), (j) working

---

[4] Generally, the Firm implements rate increases on January 1 of each year.

meals (local), (k) court fees, (l) subpoena fees, (m) witness fees, (n) deposition transcripts, (o) trial transcripts, (p) trial exhibits, (q) litigation support vendors, (r) experts, (s) investigators, and (t) arbitrators/mediators.  The Firm will charge Debtor for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.  The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

12.     The Firm will maintain detailed, contemporaneous records of time and any necessary costs and expenses incurred in connection with rendering the legal services described above and that it will be charged for all disbursements and expenses incurred in the rendition of services. K&L Gates will submit detailed statements to the Court setting forth the services rendered and seeking compensation and reimbursement of expenses (including, when appropriate, authority to apply the Retainer (defined below)).

### PRE-PETITION COMPENSATION RECEIVED FROM DEBTOR

13.     K&L Gates was initially retained by Debtor to provide pre-petition services pursuant to an engagement letter dated May 21, 2025.  K&L Gates was subsequently retained by Debtor to provide pre-petition and post-petition services related to the Chapter 11 Case pursuant to an engagement letter dated as of October 13, 2025 (the "Engagement Letter"), a copy of which is attached hereto as **Exhibit A**.

14.     Prior to the commencement of the Chapter 11 Case, Debtor paid the Firm $207,712.54, $200,145.04 of which was applied to pre-petition fees and expenses. Specifically, Debtor has made the following payments to K&L Gates:

| Payment Date | Amount |
|---|---|
| June 9, 2025 | $50,000.00 (Retainer) |
| July 8, 2025 | $20,662.75 |
| August 14, 2025 | $29,337.25 |
| August 21, 2025 | $9,849.25 |
| October 10, 2025 | $59,971.79 |
| October 16, 2025 | $67,891.50 |
| October 23, 2025 | $20,000 (Retainer) |
| October 23, 2025 | $12,432.50 |
| TOTAL PAID | $207,712.04 |
| TOTAL RECEIVED | $200,145.04 |
| REMAINING RETAINER | $7,567.50 |

15. As noted, on October 23, 2025, K&L Gates received a $20,000 retainer pursuant to the Engagement Letter (the "Retainer"). On the same day, prior to the filing of Debtor's bankruptcy petition, K&L Gates applied $12,432.50 of the Retainer toward outstanding pre-petition fees and disbursements. After doing so, K&L Gates continues to hold a Retainer in the amount of $7,567.50, which will constitute an evergreen retainer as security for post-petition services and expenses in the Chapter 11 Case.

## DISINTERESTEDNESS OF K&L GATES AND ITS PROFESSIONALS

16. Insofar as I have been able to ascertain through diligent inquiry, neither K&L Gates, nor any partner or professional employee of K&L Gates hold an interest or represent in any entity having an adverse interest in to Debtor or its estate in the Chapter 11 Case.

17.     Insofar as I have been able to ascertain through diligent inquiry, except as set forth in this Declaration, neither I, K&L Gates, nor any partner or professional employee of K&L Gates have any connection with Debtor, its creditors, any other party-in-interest, its current attorneys or professionals, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

18.     Except as set forth in this Declaration, K&L Gates is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners and professional employees:

     a.     are not creditors, equity security holders, or insiders of Debtor;

     b.     are not, and were not within two years of the Petition Date, directors, officers, or employees of Debtor; and

     c.     do not have an interest materially adverse to the interests of Debtor's estate or of any class of Debtor's creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtor, or for any other reason.

19.     Neither I, K&L Gates, nor any professional employee of K&L Gates is related professionally to Debtor, its creditors, or any other party-in-interest herein or their respective attorneys or professionals.  Notwithstanding the foregoing, as discussed more fully below, K&L Gates currently represents, and in the past has represented certain entities with some relation to Debtor. K&L Gates's current and/or prior representations of these parties have been in matters unrelated to Debtor or the Chapter 11 Case.  K&L Gates has not represented, and will not represent, any such parties in connection with any matter in this Chapter 11 Case during the pendency of the case.  I do not believe that K&L Gates's current or prior representation of these parties precludes K&L Gates from meeting the disinterestedness standard under the Bankruptcy Code.

20.     In preparing this Declaration, I used a set of procedures developed by K&L Gates to ensure full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules regarding the retention of professionals by a debtor in possession (the

"Retention Procedures"). Pursuant to the Retention Procedures, and under my direction and supervision, K&L Gates performed a conflict of interest search to identify any actual or potential conflicts of interest.  The Retention Procedures included:

(a) Through conversations with Debtor, and review of information provided by Debtor to K&L Gates, a list of the following entities was developed:  (i) M.D. Florida Bankruptcy Judges; (ii) U.S. Trustee for Region 21 and staff; (iii) taxing authorities, (iv) utilities, and (v) Debtor's Association Members, creditors, and parties to contracts with Debtor; these parties are listed on the attached **Schedule 1** (collectively, the "Entity List").

(b) K&L Gates maintains a database of current and former clients and related information (the "Database").  K&L Gates searched the Database for the parties listed on the Entity List and compiled a list of those entities for which K&L Gates attorney fees were billed during the past two years, which is set forth on the attached **Schedule 2** (the "Client List").

(c) Based on the results of that search and by making general and, when applicable, specific inquiries of K&L Gates personnel, insofar as I have been able to ascertain after diligent inquiry, neither I, nor K&L Gates, nor any partner, counsel, or associate thereof have any connection with, or have an adverse interest to, the parties on the Entity List except as set forth on the Client List or disclosed in this Declaration.

21.    As outlined in the Application, Wyndham Vacation Resorts, Inc. ("WVR") owns approximately 16.94% of the total intervals at the Property and is an Association Member.  WVR is a Current Client of K&L Gates.  K&L Gates's representation of WVR involves matters unrelated to Debtor or the Chapter 11 Case.  K&L Gates has not represented, does not represent, and will not represent WVR in matters directly related to Debtor or the Chapter 11 Case.  K&L Gates's representation of WVR generated one tenth of one percent (.1%) or less of the Firm's revenue for each of the calendar years 2021, 2022, 2023, and 2024.

22.    As also detailed in the Application, Vacation Resort Management, Inc. f/k/a Wyndham Vacation Management, Inc. is Debtor's Property Manager.  The Property Manager is not a Current Client of K&L Gates. However, both WVR and the Property Manager are indirect

subsidiaries of Travel + Leisure Co.  Travel + Leisure Co. is not a creditor of Debtor or an Association Member. Travel + Leisure Co. and certain of its subsidiaries (collectively, "T+L") is a current client of K&L Gates.  K&L Gates's representation of T+L involves matters unrelated to Debtor or the Chapter 11 Case.  K&L Gates has not represented, does not represent, and will not represent T+L in matters directly related to Debtor or the Chapter 11 Case. K&L Gates's representation of T+L (including WVR) generated one tenth of one percent (.1%) or less of the Firm's revenue for each of the calendar years 2021, 2022, 2023, and 2024.

23.     K&L Gates has represented, currently represents, and may in the future represent entities on the Client List (or their affiliates) in matters unrelated to Debtor's Chapter 11 Case. The Client List reflects that an entity is a "Current Client" if K&L Gates has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past two (2) years.  The Client List reflects that an entity is a "Former Client" if K&L Gates represented such entity or a known affiliate of such entity within the past two years based on recorded attorney time charges on a matter and such matter has been formally closed.

24.     K&L Gates has not represented, does not represent, and will not represent any entities on the Client List in matters directly related to Debtor or the Chapter 11 Case.  K&L Gates's representation of the parties on the Client List, excluding WVR, generated less than four hundredths of one percent (.04%) of the Firm's revenue for the calendar year 2024.

25.     Debtor has consented to concurrent representation by K&L Gates of its Current Clients and of Debtor on matters that are unrelated. Debtor is also proposing to retain Shuker & Dorris as co-counsel and as conflicts counsel in the Chapter 11 Case.  In the event any litigation, arbitration, or other adversarial proceedings arise between Debtor and a Current Client resulting

in an actual conflict of interest for K&L Gates, K&L Gates will not represent either party in any such dispute, which would be handled by Shuker & Dorris on behalf of Debtor and independent counsel on behalf of the Current Client.

26.     Despite the efforts described above to identify and disclose K&L Gates's connections with the Entity List, because Debtor has numerous relationships, K&L Gates is unable to state with certainty that every client representation or other connection has been disclosed.  If K&L Gates discovers additional information that requires disclosure, K&L Gates will file supplemental disclosure(s) with the Court as promptly as possible.  To be clear, K&L Gates's review of its connection with the Entity List is ongoing and K&L Gates intends to supplement this Declaration as needed.

27.     To the best of my knowledge, K&L Gates has not been retained to assist any entity or person other than Debtor on matters relating to, or in connection with, this case.  If this Court approves the proposed employment of K&L Gates as co-counsel to Debtor, K&L Gates will not accept any engagement or perform any services in this case for any entity or person other than Debtor. K&L Gates may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of Debtor or parties-in-interest in this case; *provided*, *however*, that such services do not and will not relate to, or have any direct connection with, this case.

28.     Thus, pursuant to section 327(a) of the Bankruptcy Code, K&L Gates does not hold or represent any interests adverse to Debtor, its creditors, or its estate. K&L Gates also is a disinterested person within the meaning of section 101(14) of the Bankruptcy Code.

29.     No promises have been received by K&L Gates nor any partner or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

30.     Pursuant to section 504 of the Bankruptcy Code, no agreement or understanding exists between K&L Gates and any other person to share any compensation or reimbursement of expenses to be paid to K&L Gates in these proceedings.

31.     The proposed engagement of K&L Gates is not prohibited by Bankruptcy Rule 5002.

32.     K&L Gates will abide by the terms of any orders entered in this case governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

33.     By reason of the foregoing, I believe K&L Gates is eligible for employment and retention by Debtor pursuant to section 327(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on October 27, 2025

/s/ Daniel M. Eliades
DANIEL M. ELIADES
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email: daniel.eliades@klgates.com
(*Pro Hac Vice Admission Pending*)

## Exhibit A

**Engagement Letter**



October 13, 2025

Daniel Eliades
Daniel.Eliades@klgates.com

T +1 973 848 4018

Orlando International Resort Club Condominium
Association, Inc.
5353 Del Verde Way
Orlando, Florida 32819
Attn: Board of Directors

**Re: Confirmation of Engagement – Chapter 11 Bankruptcy**

Dear Board Members:

Thank you for asking K&L Gates LLP ("K&L Gates", the "Firm", "we" or "us" as the context requires) to represent Orlando International Resort Club Condominium Association, Inc. (the "Client", the "Association" or "you" as the context requires) as a debtor in a chapter 11 bankruptcy proceeding. We welcome this opportunity and look forward to working with you on this engagement.

I enclose our Terms of Engagement for Legal Services (the "Terms") which supplement this letter and include additional information regarding our legal services, our relations with our clients, our billing and payment arrangements, potential conflicts, and other matters. These Terms will apply to this engagement, except as the Association and the Firm may otherwise expressly agree and except as otherwise provided by the Bankruptcy Court (defined below), the United States Bankruptcy Code (the "Code") and/or the Federal Rules of Bankruptcy Procedure (the "Rules").

Please review this letter and the Terms carefully. If they are not consistent with your understanding of our engagement in any respect or if you have any questions concerning the nature and terms of our engagement, please contact me as soon as possible so that we can promptly address your concerns.

**The Scope of Our Engagement**

The Firm is engaged to act as counsel solely for the Association and not for any affiliated entity (including parents and subsidiaries), shareholder, partner, member, manager, director, officer or employee not specifically identified herein. The Association has retained the Firm to represent the Association as a debtor in a chapter 11 bankruptcy proceeding (a "Bankruptcy Case") to be filed in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"). If the Association files a Bankruptcy Case, the Firm's ongoing employment by Client will be subject to the approval of the Bankruptcy Court. In such event, the Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as counsel.

ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com
1603067590.2

The Association agrees that we are authorized to take instruction in this matter from its Board of Directors and any officer of the Association. The Association also agrees that we are authorized to communicate and exchange information and documents with any management company, legal counsel, accountant, financial advisor, restructuring advisor, broker or notice agent engaged by the Association regarding the Association and/or to assist the Firm in carrying out this engagement.

K&L Gates will only provide legal services. We have not been retained, and expressly disclaim any obligation, to provide business or investment advice.

More specifically, the scope of K&L Gates' engagement will be limited as follows:

1.      In connection with our work for the Association, K&L Gates will be representing only the Association itself. We will not be representing any of the individuals who are officers or members of the Association.

2.      In the course of our work for the Association, we will establish an attorney-client relationship solely with the Association. Unless approved by the Association, the Firm will not establish an attorney-client relationship with any of the members of the Association and will not receive confidential information from them other than information specifically related to our representation of the Association.

3.      The Association understands that K&L Gates may currently represent, and may represent from time to time in the future, various persons and entities that are adverse to members of the Association, including adversity in litigation, enforcement actions, commercial transactions, and other matters. The Association agrees that K&L Gates' representation of the Association will not adversely affect K&L Gates' ability to represent clients who currently are, or who in the future may be, adverse to the members of the Association, and that K&L Gates' representation of the Association will not be asserted to constitute a conflict that would preclude or otherwise limit K&L Gates' ability to represent such clients.

## Our Charges

Our statements for professional services will be substantially based upon the amount of time spent by lawyers, paralegals, and other professionals who perform services on your behalf and their respective hourly rates as then in effect. Those hourly rates vary by office across the Firm, take into account the timekeepers' experience in particular areas, and are adjusted periodically. Our charges for fees, disbursements, and other charges and the basis for our invoices are addressed in more detail in the enclosed Terms.

October 13, 2025

1603067590.2

In connection with this matter, the Firm requires payment of any outstanding amount due to the Firm prior to filing a Bankruptcy Case, plus a $20,000 advance fee deposit retainer (the "Deposit") against which outstanding and future time and costs will be billed. We will apply the unused balance of any advance fee deposit previously paid by the Association toward the Deposit. The Deposit is a deposit and not a fixed fee arrangement. Please refer to the enclosed Terms for more detail concerning advance payments.

## Our Billing and Payment Arrangements

We will generally render statements for professional services and related charges on a monthly basis consistent with applicable provisions of the Code and the Rules. Payment is due upon the earlier of the time provided for in the Code, the Rules, or Bankruptcy Court order, as applicable, without regard to the consummation or outcome of the matter for which we have been engaged.

In the event our statements are not timely paid, we reserves the right, subject to Bankruptcy Court approval, to suspend our services until satisfactory payment arrangements are made or to terminate our services if such arrangements are not made and if such termination is otherwise appropriate. The Association may, of course, terminate our services at any time, subject to Bankruptcy Court approval.

## Our Staffing of Your Engagement and Communications with You

I will be your principal contact with respect to the Firm's representation of the Association. My current hourly rate for this matter is $765. We will notify you of any increase in hourly rates of Firm professionals.

Our representation of the Association will be staffed by other partners, associates and other professional staff as may be appropriate under the circumstances. We will keep you apprised of significant developments in the course of our engagement, to consult with you about our work on an ongoing basis and to obtain your direction on critical issues.

You should contact me with any questions you may have about our work or any other aspect of our representation of the Association. You can reach me at the office (973) 848-4018 or on my mobile telephone (201) 741-7409 at your convenience.

## Conflicts of Interest

We have searched the Firm's conflicts database and have disclosed to you any ethical conflicts of interest, as defined by the applicable rules of professional conduct, that existed at the time. Such conflicts, if any, have been resolved to your and to our satisfaction.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule"). The Firm will give Client a draft of the Disclosure Schedule once it is available. Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described

3

October 13, 2025

and disclosed in Client's application to the Bankruptcy Court to retain the Firm. To the extent any actual conflict were to arise with any interested party listed on the Disclosure Schedule, the Firm will not represent either you or the conflicted party in the matter, and Conflicts Counsel will represent your interests.

## Disclosure of Relationship with Travel + Leisure Co.

Travel + Leisure Co. and/or certain of its subsidiaries or affiliates (collectively, "T+L") (i) are members of the Association, and (ii) are parties to agreements with the Association, including a management agreement.  The Firm has not represented T+L in either regard.

The Firm currently represents T+L in connection with various legal matters and may represent T+L in future matters unrelated to the Association (the "T+L Matters").  The T+L Matters do not relate to the Association.  The Firm also currently represents the Association in connection with various legal matters that do not relate to T+L (the "Association Matters").  The Association and T+L previously consented to concurrent representation by the Firm in the T+L Matters and Association Matters and waived any conflict of interest that could be said to be presented by same.

Because our representation of the Association in a Bankruptcy Case and the T+L Matters are unrelated, we believe that we can competently and diligently represent each client consistent with our obligations under the relevant rules of professional conduct and without any material limitations.  Additionally, the Association has also retained local and conflicts counsel ("Conflicts Counsel") with respect to a Bankruptcy Case, which will handle any adversity that may arise between the Association and T+L. Nevertheless, the Association should consider for itself, with the assistance of independent or in-house legal counsel if desired, whether it agrees with our conclusions and is prepared to consent to our representation of the Association and T+L as described above.  We have asked T+L to consent in writing to the Firm's continued representation of T+L, and the Association's consent is not effective unless we receive reciprocal consent from T+L. This waiver would exclude the commencement of any litigation, arbitration, or other adversarial proceedings, whether actual or threatened, and the Firm will not represent either party in any such matter, which would be handled by Conflicts Counsel on behalf of the Association and independent counsel on behalf of T+L.

The Association hereby consents to: 1) the Firm's concurrent representation of the Association and T+L in their respective matters, 2) agrees that the Association will not object to our representation of, or seek to disqualify us from representing, T+L in the T+L Matters, except with respect to any litigation, arbitration, or other contested matters or adversary proceedings, whether actual or threatened, between the Association and T+L, which will be handled exclusively by Conflicts Counsel; and 3) waives any conflict that otherwise could be said to be presented by the foregoing.

4

October 13, 2025

## Our Agreement

In providing legal services to the Association, absent timely advice from you to the contrary, we will act in reliance upon the understanding that this letter and the enclosed Terms constitute our mutual understanding with respect to the terms of our retention.  If the Association proceeds with the use of our services, please sign and return this letter.

On behalf of K&L Gates, I thank you for the opportunity to represent the Association.  We look forward to serving you.

Very truly yours,

*Daniel M. Eliades*

Daniel Eliades

Enclosure: Terms of Engagement for Legal Services

Orlando International Resort Club Condominium Association, Inc. confirms its engagement of K&L Gates LLP as set forth herein and in the enclosed Terms of Engagement.

Orlando International Resort Club Condominium Association, Inc.

Name: _____

Title: *PRESIDENT OF OIRC CONDOMINIUM ASSOC, INC.*

Date: October *13*, 2025

5

October 13, 2025

# K&L GATES LLP

## TERMS OF ENGAGEMENT FOR LEGAL SERVICES

Thank you for selecting K&L Gates LLP ("K&L Gates") to represent you and to provide legal services as described in our engagement letter. These Terms of Engagement for Legal Services (the "Terms"), together with our engagement letter, set forth the basis upon which K&L Gates will provide legal services to you. Absent a contrary agreement between us, we will understand that our engagement letter and these Terms supersede any prior oral understandings between us and together form the contract ("Engagement Contract") for our initial engagement and any subsequent assignments upon which you and we may mutually agree.

We believe it is important to establish clearly the basic terms of our engagement at the outset. Accordingly, if you have any questions concerning these Terms, please contact the lawyer responsible for your engagement so that your questions or concerns may be addressed and resolved promptly.

### INTRODUCTION

K&L Gates comprises multiple affiliated entities: a limited liability partnership named K&L Gates LLP organized under the laws of Delaware ("K&L Gates-US," the "Firm," or "we" or "us" as the context requires) and maintaining offices in certain states throughout the United States and in a number of international multiple affiliated entities.[1]

### OTHER K&L GATES ENTITIES

You agree that, as your agent, we may engage other K&L Gates entities to assist us in carrying out our engagement, where appropriate and with notice to you.

Numerous countries in which our offices are located have enacted Anti-Money Laundering ("AML") laws. If K&L Gates lawyers in any of these offices are engaged to assist you in matters within the scope of our engagement, it will be necessary to comply with the applicable AML laws. In connection therewith, we or lawyers from the appropriate office may be required to obtain additional, specific evidence of client identity from you and/or to report certain transactions to the authorities. If these AML requirements are applicable, you will be informed of the details needed for compliance.

### OUR LAWYER-CLIENT RELATIONSHIP

The Firm has been engaged to represent only the client(s) named in our engagement letter ("you" or the "Client"), even if someone other than you, including an insurer, is responsible for paying, or has agreed to pay, our statements. Accordingly, absent a specific, separate engagement to represent such other persons or entities, (1) if our Client is an individual, the Firm has not agreed to represent, and is not representing, any other person or any affiliated entity; (2) if our Client is a corporation, partnership, joint venture or other entity, the Firm has not agreed to represent, and is not representing, any of your constituents, including directors, officers, employees, managing agents, partners, members, shareholders, affiliates (including parents and subsidiaries) or other persons associated with you; and, (3) if our Client is a trade association or other member organization, the Firm has not agreed to represent, and is not representing, any director, officer, member of or other entity represented by you or any of your other constituents.

In addition, the Firm's engagement to represent you is limited to the matter(s) described in our engagement letter and to any additional matters for which the Firm expressly agrees to provide legal representation.

You acknowledge that the Firm has not provided you with legal advice concerning the terms and conditions of our Engagement Contract.

### OUR CHARGES FOR LEGAL SERVICES

**A.      Legal Fees**

Our statements for professional services will be substantially based upon the time spent by

---

[1] K&L Gates comprises multiple affiliated entities: a limited liability partnership named K&L Gates LLP organized under the laws of Delaware ("K&L Gates-US," the "Firm", or "we" or "us" as the context requires) and maintaining offices in certain states throughout the United States and in Beijing ("K&L Gates LLP Beijing Representative Office"), Berlin, Doha, Dubai, Frankfurt, Munich, Seoul ("K&L Gates LLP Seoul Foreign Legal Consultant Office"), and Shanghai ("K&L Gates LLP Shanghai Representative Office"); an Australian multi-disciplinary partnership maintaining offices in Brisbane, Melbourne, Perth and Sydney ("K&L Gates-AUS"); a limited liability partnership (also named K&L Gates LLP); incorporated in England and Wales and maintaining offices in London and Paris ("K&L Gates-UK"); a Delaware general partnership ("K&L Gates Belgium") maintaining an office in Brussels; a limited liability partnership established under the laws of Ireland (K&L Gates (Ireland) LLP) maintaining an office in Dublin; a private limited company registered with the Luxembourg Register of Commerce and Companies ("K&L Gates Volckrick S.à.r.l") with an office in Luxembourg; a Hong Kong general partnership ("K&L Gates, Solicitors") maintaining an office in Hong Kong; a professional association established and organized under the laws of Italy named Studio Legale Associato with an office in Milan; a general partnership organized under the laws of Brazil named K&L Gates LLP – Consultores em Direito Estrangeiro/Direito Norte-Americano, with an office in São Paulo; a Taiwan general partnership ("K&L Gates") maintaining an office in Taipei, a joint enterprise formed in accordance with Japanese regulations ("K&L Gates Gaikokuho Joint Enterprise") maintaining an office in Tokyo;  and a limited liability company organized under the laws of Singapore ("K&L Gates Straits Law LLC").

1603067590.2

professionals, including lawyers, paralegals and other staff members operating under the supervision of lawyers, who perform services on your behalf. The hourly rates for those individuals are based upon their experience and vary by office across the Firm. Time spent on your matters will include meetings with you and others; traveling; considering, preparing and working on documents, pleadings and other papers; written and electronic correspondence; and, making and receiving telephone calls. Whether or not a matter proceeds to completion, our statements will include all work done and all expenses incurred, unless otherwise agreed.

Our hourly rates are periodically reviewed and adjusted. In preparing our statements for professional services, we will use our hourly rates in effect when our services were rendered.

Information regarding standard hourly rates and other charges established by the Firm is proprietary to the Firm. You agree not to disclose such information to third parties without the Firm's prior written consent. In the event that you are served with a demand or legal process that you believe requires you to disclose such information, you agree to notify the Firm immediately of such demand or process, and to reasonably cooperate with the Firm in protecting the Firm's proprietary information from disclosure without the Firm's consent.

Where requested, we may provide you an estimate of the overall costs that may be incurred in connection with a particular engagement. Any such estimate is necessarily based on a number of uncertain factors and future developments and may be influenced by your decisions and by the actions of third parties. Accordingly, any estimate we provide shall not constitute a promise or agreement that we will render the necessary services within a specific time or for a specific amount. The Firm's statements for professional services will be based on the Firm's billing policies, as set forth herein, and the charges reflected in such statements may vary from any estimates previously given.

**B.    Disbursements**

You will be billed for disbursements and other charges relating to our professional services. With respect to disbursements incurred on your behalf to vendors and other third parties for incidental expenses (such as filing fees and travel expenses), you will be billed at our invoiced cost. With respect to internally-generated and other charges (such as photocopying), you will be billed in accordance with our Schedule of Standard Charges in effect when the charge is incurred. Our current Schedule is attached to these Terms. Where the nature of our engagement requires the retention of third parties (e.g., expert witnesses, accountants, actuaries or other consultants, mediators

or arbitrators), we will obtain your approval for such retention, and we will forward their statements for services and expenses directly to you for payment.

**C.    Other K&L Gates Entities Charges**

Where, with notice to you, we have engaged another K&L Gates entity to assist us in our representation of you, we will include their charges in our statement for professional services unless you ask us to arrange for the other K&L Gates entity to invoice you separately.

**OUR BILLING AND PAYMENT ARRANGEMENTS**

**A.    Billing**

It is our general practice to render statements for professional services and related charges on a monthly basis. We will send a final statement after completion of our work.

You have agreed to send us an advance payment and we will deposit and hold that advance in a separate trust account. Our statements for professional services and related charges, as described in these Terms, will be presented to you and will be payable upon presentation. When our engagement is concluded or our services are terminated, you authorize us to withdraw funds from that account to pay any outstanding balance due at that time. We shall refund to you any amount remaining after the application of the advance to any outstanding balance. Should the scope of our engagement change significantly, we may request an additional advance before performing additional services.

**B.    Payment**

We will expect payment to be made within thirty days after your receipt of our statement, without regard to the consummation of any proposed transaction or the outcome of any matter. Payment should be made by you in the full amount of our statement and you will be responsible also for any withholding tax or other deduction that may be chargeable to you by the relevant taxing authorities or by a governmental entity. In the event our statements are not paid in a timely manner, we reserve the right to defer further work on your account and, where such arrearage is not resolved after notice of delinquency is given to you, to terminate our representation of you. Under such circumstances, you agree to consent to, and not oppose, such termination and to sign a substitution of counsel and/or such other document as may be reasonably necessary to effect the Firm's termination of our lawyer-client relationship, including the Firm's withdrawal of its prior appearance in any court or other litigated proceeding. The termination of our lawyer-client relationship shall not affect your

ongoing responsibility for any fees or other charges incurred as of the date of our notice of termination.

## C.    Liens

You hereby grant K&L Gates a lien, to the extent permissible under applicable law, on any and all claims that are the subject of our representation under the Engagement Letter and Terms of Engagement. K&L Gates's lien will be for any sums owing to the Firm for any unpaid costs, or attorney's fees and expenses, at the conclusion of our services. The lien will attach to any recovery you may obtain, whether by arbitration award, judgment, settlement or otherwise. An effect of such a lien is that K&L Gates may be able to compel payment of fees and costs from any such funds recovered on our behalf even if our representation of you has terminated before the end of the matter. Because a lien may affect your property rights, you may seek the advice of an independent lawyer of your own choosing before agreeing to such a lien. By accepting and agreeing to be bound by the Engagement Letter and Terms of Engagement, you represent and agree that you have had a reasonable opportunity to consult such an independent lawyer and—whether or not you have chosen to consult such an independent lawyer— you agree that K&L Gates will have a lien as specified above.

## D.    Third Party Payment Responsibility

If a third party (including an insurer) undertakes to pay any portion of the Firm's bills, 1) you will remain responsible for payment of any amounts billed by the Firm and not paid by that third party, 2) you hereby consent to the application of those funds to the outstanding balance of your account with the Firm and waive any right you might otherwise have to direct us to pay or apply those funds in any other fashion, and 3) to the extent any such third party makes payment to us on your behalf accompanied by directions as to what portion of outstanding fees and expenses are to be covered by such payment, you hereby consent to us adhering to those directions and waive any right you might otherwise have to direct us to pay or apply those funds in any other fashion. If you are awarded legal fees or costs by a court or other party, you will remain responsible for payment of the Firm's billed fees and other charges, even if the award to you is less than the amounts we have billed you. Where we have agreed to represent multiple clients in a matter, each client will be jointly and severally responsible for payment of the Firm's statements.

## E.    Questions

If you have any questions about any statement that we submit to you, you should contact the lawyer responsible for your engagement as soon as you receive it so that we may understand and address your concerns promptly.

## TERMINATION

### A.    Your Right to Terminate

You may terminate our engagement on any or all matters at any time, with or without cause. Your termination of our services will not affect your responsibility to pay for billed and unbilled legal services rendered or other charges incurred as of the date of termination and, where appropriate, for such expenses as we may incur in effecting an orderly transition to successor lawyers of your choice.

### B.    Our Right to Terminate

Subject to any applicable ethical rule or legal requirement, the Firm reserves the right to terminate its representation of you prior to the conclusion of our services, subject to such permission from any court or tribunal as may be required under the circumstances. In such event, we will provide you with reasonable notice of our decision to terminate and afford you a reasonable opportunity to arrange for successor lawyers, and we will assist you and your successor lawyers in effecting a transition of the engagement. Reasons for the Firm's termination may include your breach of our Engagement Contract including, without limitation, failure to pay outstanding statements in a timely manner as set forth above, the risk that continued representation may result in our violation of applicable rules of professional conduct or legal standards or of our obligations to any tribunal or third parties, your failure to give us clear or proper direction as to how we are to proceed or to cooperate in our representation of your interests, or other good cause.

### C.    Termination Upon Conclusion

Unless it is previously terminated, the Firm's representation of you, and our lawyer-client relationship with you, will terminate automatically as of the date of the last task performed by the Firm, regardless of whether (1) the Firm sends you a closing letter, (2) the Firm sends you invoices for unpaid expenses or fees, (3) a matter for you is open in the Firm's accounting records, or (4) the Firm refers to any matter for you on its website.

### D.    Post-Engagement Matters

After the conclusion or termination of our representation of you as described in our engagement letter and these Terms, changes in relevant laws, regulations or decisional authorities may affect your rights and obligations. Unless you engage the Firm to provide future services and to advise you with respect to any issues that may arise in the future as a result of such changes, we will have no continuing obligation to advise you with respect to future legal developments.

Terms - 3

1603067590.2

## OUR COMMUNICATIONS WITH CLIENTS

The Firm's lawyers strive to keep our clients reasonably informed about the status of our engagements and promptly to comply with reasonable requests for information. To enable us to provide effective representation, you agree to be truthful and to cooperate with us in the course of the engagement and to keep us reasonably informed of material developments.

If there are particular limitations on how you would like us to communicate with you, please advise us in advance about your preferences. Unless you advise us to the contrary, however, we will assume that communication by e-mail is acceptable to you. Absent special arrangements, we do not employ encryption technologies in our electronic communications.

## CONFIDENTIALITY

### A.    Confidentiality and Disclosure

We owe a duty of confidentiality to all our clients. Accordingly, you acknowledge that we will not be required to disclose to you, or use on your behalf, any documents or information in our possession with respect to which we owe a duty of confidentiality to another client or former client.

Information regarding standard hourly rates and other charges established by the Firm is proprietary to the Firm. Information regarding the Firm's security procedures, policies, and systems is proprietary and confidential to the Firm. Disclosure of this information to outside parties poses a significant security risk to the Firm and its clients. Accordingly, you agree not to disclose such information to third parties without the Firm's prior written consent. In the event that you are served with a demand or legal process that you believe requires you to disclose such information, you agree to notify the Firm immediately of such demand or process, and to reasonably cooperate with the Firm in protecting the Firm's proprietary and confidential information from disclosure without the Firm's consent.

### B.    Disclosure to Certain Third Parties

You agree that we may, when required by our insurers, auditors or other advisers, provide details to them of any matter or matters on which we have represented you.

### C.    Disclosure to Other K&L Gates Entities

You agree that we may disclose confidential information relating to you, or any matters on which we are representing you, to other K&L Gates entities.

### D.    Disclosure of Representation

You agree that, in Firm brochures, attorney biographies, and other materials or information about our practice, we may indicate the general nature of our representation of you, your identity as a Firm client, and examples of engagements handled on your behalf. Consistent with our ethical obligations, we will not disclose any confidential information. If you do not wish to have your name mentioned in our materials, please so inform us in writing.

### E.    Internet/Cloud-Based Services and Data Protection

Any information, including personal data, that K&L Gates collects in our global legal practice may be controlled, stored and processed in, and transferred among, any of our offices and with such contractors, vendors, consultants, professional advisors, and other service providers as we engage to assist us in our practice or to meet our clients' legal needs (collectively, "contractors"), and may be transferred to and through any country, including countries that may not have privacy (data protection) legislation and regulations comparable, for example, to countries in the European Economic area. The location of our offices and of such contractors may change from time to time, and we may acquire offices and engage contractors in other countries at any time.

In addition, we may use internet/cloud-based infrastructure, services and applications for storing information and files, sharing information with clients and contractors, and for ease of access. These internet/cloud-based services and applications may include, among others, email, mobile phone applications, voice services, electronic data/document websites, artificial intelligence, generative artificial intelligence, appointment/event tracking, contact information storage, time tracking, file sharing with you and other authorized persons or entities, and file synchronization services to keep such information up to date. We understand that, in engaging the Firm, you expressly consent to all such control, storage, processing and transfers.

Whether we control, store, or process this information in our offices or with internet/cloud-based service providers or other contractors, we have an obligation under the applicable rules of professional conduct to protect your confidential information and not reveal such information without your informed consent. We are therefore advising you of the likelihood that during the course of this engagement we may use internet/cloud-based services and applications in your representation. Consistent with applicable rules and ethics opinions, we will take reasonable steps to prevent the disclosure of confidential information, including reviewing the various policies, procedures, and security safeguards that any internet/cloud-based

Terms - 4

service providers have in place. Although the use of these services and applications involves some degree of risk that third parties may access confidential information, we believe and, by signing this letter, you agree that the benefits of using these services and applications outweigh the risk of any accidental disclosure.

When we handle personal data in connection with the services we provide to you, including any data we outsource to internet/cloud-based service providers or other contractors or share within our offices around the world, we will comply with applicable data privacy regulations (e.g., the EU General Data Protection Regulation 2016/679, the California Consumer Privacy Act, the Chinese Personal Information Protection Law).

## F.     Artificial Intelligence

In connection with our representation of you, we may use artificial intelligence services, including generative AI ("GenAI") to enhance and streamline certain aspects of our services. For example, we may use this technology to aid in document analysis, summarize information, and assist in legal research. Like any technology, GenAI carries some degree of risk, which may include the risk of errors in GenAI-generated content, data security vulnerabilities, and system malfunctions.     We have implemented reasonable measures to safeguard against these risks, and our lawyers maintain oversight of GenAI-generated outputs. Accordingly, we believe and, by accepting our services, you agree, that the benefits of using this technology outweigh the related risks, and you consent to the use of this technology and to our uploading confidential documents or other information relating to our representation for use with GenAI services.

## CONFLICTS OF INTEREST

The Firm's lawyers, acting in a variety of practice areas and in multiple jurisdictions, provide and will provide legal services to thousands of current clients and future clients. Those clients may be competitors, customers, suppliers or have other business dealings and relationships inter se. As a result, those clients may have matters in which their interests are actually or potentially adverse to one another.

Further, in undertaking the representation of Client, the Firm wants to be fair not only to Client's interests but also to those of the Firm's other clients. Because Client is engaged in activities (and may in the future engage in additional activities) in which its interests may diverge from those of the Firm's other clients, the possibility exists that one of the Firm's current or future clients may take positions adverse to Client (including litigation or other dispute resolution mechanisms) in a matter in which such other client may have retained the

Firm or one of Client's adversaries may retain the Firm in a matter adverse to another entity or person.

In the event a present conflict of interest exists between Client and the Firm's other clients or in the event one arises in the future, Client agrees to waive any such conflict of interest or other objection that would preclude the Firm's representation of another client in other current or future matters substantially unrelated to this engagement.

In addition, if a waiver of a conflict of interest necessary to allow the Firm to represent another client in a matter that is not substantially related to the Engagement is not effective for any reason, Client agrees that the Firm may withdraw from the Engagement.     Should that occur, Client will not, for itself or any other entity or person, seek to preclude such termination of services or assert that either (a) the Firm's representation of Client or any of Client's affiliates in any past, present, or future matter or (b) the Firm's actual or possible possession of confidential information belonging to Client or any of Client's affiliates is a basis to disqualify the Firm from representing such other client or acting on such adverse matter.

It is important that you review this letter carefully and consider all of the advantages and disadvantages of waiving certain conflicts of interest that would otherwise bar the Firm from representing parties with interests adverse to you during the time in which the Firm is representing you.

If it becomes necessary for Client to commence a case under Title 11 of the United States Code (any such case, a "Restructuring Case"), the Firm's ongoing employment by Client will be subject to the approval of the court with jurisdiction over the petition.     If necessary, the Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as lead restructuring counsel. In the near term, the Firm will begin conflicts checks on potentially interested parties as provided by Client.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule"). The Firm will give Client a draft of the Disclosure Schedule once it is available.     Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described and disclosed in Client's application to the court to retain the Firm.

1603067590.2

To the extent any actual conflict of interest arises during the course of a Restructuring Case, Client will be represented by conflicts counsel (if any has been retained) or such other legal counsel as Client so chooses.

Finally, you agree that, for the purposes of determining whether any conflict may exist, only the client(s) identified in our engagement letter, and not any affiliated entity or person, shall be considered our client.

## SANCTIONS

The firm and its lawyers are subject to legal requirements relating to international sanctions enforced in various jurisdictions. These various laws and regulations may at any time impose restrictions or prohibitions on our ability to continue work on your matter due to the parties or activity involved. In such event, we may have legal obligations, or otherwise determine it is appropriate, to take certain steps including potentially reporting matters to relevant authorities and pausing or stopping work for you immediately. Where appropriate we also may decide to apply for a government license under which work may be permitted to continue, but we are under no obligation to do so. Should additional work become necessary as a result of international sanctions, we will advise you about the estimated costs and timescales that may be involved.

## OPPOSING LAWYERS

In addition to our representation of business and not-for-profit entities as well as individuals, we also regularly serve as legal counsel to lawyers and law firms. From time to time, we engage other lawyers and law firms to represent us. As a result, opposing lawyers in a matter may be a lawyer or law firm that we represent now or may represent in the future. Likewise, opposing lawyers in a matter may represent us now or in the future. Further, we have professional and personal relationships with many other lawyers, often because of our participation in professional organizations. Collectively, these situations are common in the legal field. We believe that these relationships with other lawyers will not adversely affect our ability to represent you.

## DOCUMENT RETENTION

Your original hard copy documents and property, described further below, will be returned to you upon request at the conclusion of our representation of you and upon our receipt of payment for outstanding fees and other charges, subject to applicable Rules of Professional Conduct. At that time, you also will have the opportunity to receive the remainder of your client file (other than any original documents previously returned to you). Some K&L Gates offices maintain files in a digital image format. If you request your file from any of those offices, we will provide it in an electronic format on a CD, DVD or other medium. Should you decide not to accept your remaining file at that time, you authorize us to destroy your files at our discretion. If you do not request the return of your file at the time our representation of you is concluded, we may retain or destroy the file without further notice to you.

Original documents and property, if not returned to you for any reason, will be designated for permanent retention and will not be destroyed without your prior approval. Such items include, but are not limited to, money orders, travelers checks, stocks and bonds, final executed releases, settlement agreements, contracts and sale or purchase agreements, judgments, deeds, titles, easements, wills and trusts, powers of attorney and all other dispositive estate planning documents.

You agree that our drafts of documents, notes, internal working papers, internal e-mail and electronic databases shall be and remain the property of K&L Gates LLP and shall not be considered part of your client file.

The Firm retains the right to make copies of your file, at our expense, for our own information and retention purposes.

## FIRM LAWYERS' PRIVILEGE

We believe it is in your interest as well as the Firm's interest that, in the event ethical or other legal issues arise during our representation of you, including conflict of interest issues or potential disputes between us, the Firm lawyers working on your behalf are able to receive informed, confidential advice regarding their obligations. Accordingly, if we determine in our discretion that it is necessary or advisable for Firm lawyers to consult with our internal or outside counsel, you agree that they may do so and that you recognize the Firm has a lawyer-client privilege protecting the communications between the Firm lawyers working on your behalf and the Firm's internal or outside counsel.

## NEW YORK FEE DISPUTE PROCESS

If any of our New York licensed lawyers work on this matter and if a material portion of the legal services we provide to you takes place in New York, you may have an option to invoke arbitration should a fee dispute arise between you and us during or at the conclusion of this engagement. Specifically, in any civil matter where the fee dispute involves a sum of up to $50,000, you may have a right to compel resolution by binding arbitration. In addition, whether or not binding arbitration is available, both you and we are encouraged to seek resolution of lawyer-client disputes, including fee disputes, through mediation,

Terms - 6

and the New York Courts and Bar have established a program for mediation of such disputes by an impartial mediator. In the event that any fee dispute should arise in this engagement which is not promptly and satisfactorily resolved between us, we shall furnish you with further details concerning the procedures and effects of arbitration and mediation, so that you can make an informed decision as to how to proceed in the circumstances.

## CLIENT RESPONSIBILITIES

It is possible that you may have insurance policies relating to the matter that is the subject of our engagement. You should carefully check the insurance policies you have purchased and, if coverage may be available, you should provide notice to all insurers that may provide such coverage as soon as possible. Although we will be pleased to assist you in assessing the potential for coverage under any policies you may have, our engagement will not include advising you with respect to the existence or availability of insurance coverage for matters within the scope of our engagement unless you supply us with copies of your insurance policies and expressly request our advice on the potential coverage available under such policies.

It is possible that you may be obligated under the Corporate Transparency Act ("CTA") to file beneficial ownership reports with the Financial Crimes Enforcement Network ("FinCEN"), a bureau within the United States Treasury Department. Our engagement will not include advising you with respect to your obligations under the CTA or the filing of any reports with FinCEN, except to the extent that we have specifically agreed to include such work in the scope of our engagement in an engagement letter. The **CTA** requires certain entities created by the filing of a document with a secretary of state (or a non-US entity registered to do business by filing a document with a secretary of state) to file beneficial ownership reports with the **FinCEN**. This filing must include information on the Reporting Company itself, its Beneficial Owners, and up to two Company Applicants. Penalties may be incurred if these obligations are not met.

## SEVERANCE OF TERMS

If all or any part of our Engagement Contract is or becomes illegal, invalid or unenforceable in any respect, then the remainder will remain valid and enforceable.

## THIRD PARTY RIGHTS

No provision of our Engagement Contract is intended to be enforceable by any third party. Accordingly, no third party shall have any right to enforce or rely on any provision of our Engagement Contract.

## ASSIGNMENT

**A.**      **Permitted Assignment**

We may assign the benefit of our Engagement Contract to any partnership or corporate entity that carries on the business of K&L Gates-US in succession to us and you will accept the performance by such assignee of the Engagement Contract in substitution for our performance. References in these Terms (other than in this paragraph) and in any relevant engagement letter to the Firm or to K&L Gates-US shall include any such assignee.

**B.**      **Other Assignment**

Subject to the foregoing paragraph, neither you nor we shall have the right to assign or transfer the benefit or burden of our Engagement Contract without the written consent of the other party.

## DEFINITIONS

In these Terms a reference to a **"matter"** is to a transaction, case or other matter as to which at any time you have engaged us to represent you; and, any reference to **"our services"** is to the legal services to be provided by us to you as described in our engagement letter and any other legal services provided by us to you at any time in relation to a matter.

## INCONSISTENCIES

In the event of any inconsistency between our engagement letter and these Terms, the engagement letter shall prevail.

## RESOLVING PROBLEMS AND DISPUTES

If you have any complaints or concerns about our work for you, please raise these in the first instance with the lawyer responsible for your engagement or with the Firm's Chairman or Global Managing Partner. We will investigate your complaint promptly and carefully and do what we reasonably can to resolve the difficulties to your satisfaction.

## APPLICATION OF TERMS

These Terms supersede any earlier terms of business we may have agreed with you and, in the absence of express agreement to the contrary, will apply to the services referred to in any engagement letter accompanying these Terms and all subsequent legal services we provide to you.

Last Updated: February 18, 2025

1603067590.2

# K&L GATES LLP

## SCHEDULE OF STANDARD CHARGES

## 2025

| DESCRIPTION OF CHARGE: | STANDARD CHARGE | UNIT BASIS |
|---|---|---|
| Photocopying/Image Printing | $0.20 | Each copy |
| Color Copying/Printing | $1.00 | Each copy |
| Media Duplication | $25.00 | Per CD/DVD |

Legal Research:  The Firm pays for Lexis and Westlaw under monthly fixed fee contracts.  The actual, monthly fixed fee is allocated to all users of the database each month, and client charges for such usage are directly proportional to the actual research conducted on their behalf.

Secretarial Overtime:  As required by client specific circumstances, secretarial overtime will be charged at the Firm's average hourly rate for secretarial overtime.

The following are examples of items that will be charged at their out-of-pocket cost to K&L Gates:

Courier (Federal Express, UPS, etc.)

Business Meals

Off-site Storage Retrieval

1603067590.2

## SCHEDULE 1

### Entity List

**M.D. Florida Bankruptcy Judges**
Judge Grace E. Robson
Judge Tiffany Geyer
Judge Lori V. Vaughan

**U.S. Trustee for Region 21**
Guy A. Van Baalen
Wiliam J. Simonitsch
Jill Kelso
Audrey Aleskovsky
Wanda Murray
Ana Rodriguez
Dan Munoz
Scott E. Bomkamp
Bryan Buenaventura
Maureen E. Gimenez
Lori Luce
Robert Lynch
Allysan Mcguire-Gonzalez
Donna Murray
Ileraine F. Salloum
Maxie Sellers
Patricia A. Sinclair
J. Leila Singh
Mary Ida Townson

**Taxing Authorities**
City of Orlando
City of Orlando Commercial Fire Alarm
Permit
City of Orlando Permitting Svcs
Dept of Business & Professional Regulation
Florida Dept of Health in Orange County
Florida Dept of Revenue
Orange County Tax Collector
State of Florida Dept of Revenue
US Dept of Treasury, IRS

**Utilities**
Interconn Resources, LLC
Orlando Utilities Commission
Resort Service Group, Inc.
Spectrum Business
TECO Peoples Gas

**Association Members, Creditors, and Parties to Contracts**
Aaron's Backflow Services Inc.
Adrianne Deveira
Advantage Golf Cars Llc
Aenne Mary Waszkiewicz
Agata Emanuela De Martinez S.
Agents Sing & Mason Li
Agnes Stover
Agustin Alicea
Alan Commer
Alan Kifer
Alan Maddaford
Albert Tessaro
Alejandre Azares
Alejandro Fernandez
Alejandro Fernandez Estate
Alejandro Matos
Alejandro Matos Jr
Alex Hui
Alex K Hui
Alexa Lauren Bergman
Alexander Hayden
Alexander James
Alexandra Solomon
Alfonso & Kathl Maioriello
Alfonso Maioriello
Alfred Pierce
Alfredo Pinero
Alfreida Bennett
Alice Schneider
Alisha Scott
Alison L. Mowery

Alita Carter
Aliya Faille
Allan Bakerink
Allan Novak
Allen Mench
Alma Rodarte
Aloysius G Dangel
Alphonza Webb
Alyson Chadwick
Amadeus Hospitality Americas
Amanda Christin Rodriguez
Amanda Niehaus
Amber R Westbrook
Amy Bornmann
Amy Desrosier
Amy Hanchey
Amy Minke
Amy Nimmer
Amy Pfirrmann Hanchey
Ana Astrid Villacres
Ana Luz Altreche
Ana Sanchez
Anastasia Skarbek
Andra Apuan
Andrea Linders
Andrea Rose E Biondi
Andrea Seidl
Andrew Dalley
Andrew Faragon
Andrew Marshall
Ang Lingle
Ange Tuttle
Angela Brandford
Angela Clifton
Angela E Estes
Angela Joyce Zibro
Angela Kessler
Angela Lados
Angela Lina Trustee
Angela Lingle
Angela Margaret D'arcy
Angelo And Dian Devivo
Angelo Devivo Jr
Anita Belcher
Anita Matos
Anita Unger

Anitra Sypret Thomas
Anitra Thomas
Ann C Mccarthy
Ann C Mccarthy
Ann Howarth
Ann Marie Holsan
Ann Marie Mendes
Ann Rine
Ann Shaughnessy
Anna Baudoin
Anna Boggan
Anna Maria Mastromatteo
Anna Marie Rose
Annamarie Rose
Anne C Cole Shah
Anne Lamb
Anne Mesick Lamb
Anne Sears
Anne Waszkiewicz
Annette Rose Tucker
Annie M Carroll
Anthony Giarratano
Anthony Hoffman
Anthony J Cimino Ii
Anthony Lados
Anthony Tripi
Antoinette D Crawford
Antoinette Geigher
Antonio Bomnin
Antonio Manuel Rodrigues
April J. Blakey
A-Quality Awnings Cabanas
Aretha Collins
Aric Schroeder
Arlene Bridges
Arlin E Gaffner Trustee
Arlin Gaffner Trustee
Armando Hernandez
Armstrong Consulting Inc.
Arrow Systems Intergration
Arthur Benson
Arthur Chuck
Arthur Sears
Arthur Thibault
Arthur William Schwieder
Arvilla Bender

Ashberry Acquisition Company
Ashley D Read
Austin E Johnson
Austin Randall
Autumn Brown
Awilda Ramos
Awilda Rivera
B&E Fire Safety Equipment, Inc.
B. Lori Case
Ba Family Llc
Ba Family Llc
Balderas Frutoso
Barbara A Rutkowski
Barbara Ann Foley
Barbara Ann Judge
Barbara Cansler
Barbara Clifton Fogg
Barbara Clifton-Fogg
Barbara Downs
Barbara Foley
Barbara Hawkins
Barbara Henson
Barbara J. Wright
Barbara Judge
Barbara June Henderson
Barbara Kuzma
Barbara Lee Horne
Barbara Moore
Barbara R Newman
Barbara Ragsdale
Barbara Schwier
Barbara Shipferling
Barbara Sue Speith
Barbara Wroblewski
Barbara Young
Barry Daniels
Barry Hinton
Bartholmey Thomas Co
Benita J Hallquist
Benjamin F Daniels
Bernadine Rompilla
Bernard Milburn
Bertha Swirczynski
Bervin Elliott
Beth Wilson
Bettie Grier Thomas Wright

Bettie Wright
Betty Jane Cody
Betty Massie
Betty Massie
Betty Steege
Beverly Buster
Beverly Haass
Beverly Jo Buster
Beverly Klein
Beverly Magness
Bhamini Patel
Bill Lingle
Billie Hinton
Binh Vuvan
Bj Anderson
Bobbie Anderson
Boice Hardy
Bonita K Eddings
Bonnie C. Ferraro
Bonnie E. Schoeppner
Bonnie Henderson
Boris Petrevski
Bradley Haugstad
Bradley L. Brown
Bradley S. Smith
Bradley Scott Smith
Brenda Clarke
Brenda Eggleston
Brenda Hanthorn
Brenda Horner
Brenda Maria Clarke
Brenda Rothman
Brendan Alberto
Brian Armogan
Brian Blair
Brian E Craig
Brian Keith Blair
Brian Kelly
Brian Klein
Brian S. Blakey
Brigitta Hanke
Brigitte Smithwick
Britney Foley
Bruce Block
Bruce Fine
Bruce King

Bruce Lively
Bruce M. Dooley
Bruce M. Weaver
Bryan Boggs
Bryan Bugoski
Bunny Pradovich-Birkhimer
Byron Damell Watkins
Byron Watkins
C Ford
C Seeterram
Calvin Jones
Camie Schade
Camille D'amato
Carl Edwin Schultz
Carl Hubeny
Carl Merchant
Carl Schultz
Carla Frey
Carla Maize
Carla Melhorn Frey
Carlos Alvarez
Carlotta Hostetler
Carlotta Howard Mckenzie
Carme & Carmen Raldiris
Carmen Morris
Carmen Renee Horton
Carol Banks
Carol Behan
Carol Clink
Carol Cromie
Carol Durr
Carol Edwards
Carol Esquenazi
Carol Knackmuhs
Carol Koester
Carol Lynn Kutzli
Carol Mathews
Carol Pearson Agent
Carol Sage
Carol Sheppard
Carol Sibilia
Carole A Davis
Carole Malverty-Vespi
Carole Todaro Estate
Caroline Benitez Admin
Caroline Pierce

Caroline Shek
Carolyn A Bridgman
Carolyn Alvarnaz
Carolyn Barr
Carolyn Barr Jr
Carolyn Fields
Carolyn Jackson
Carolyn Kouroupas
Caron Regenbaum
Carroll Day
Cary Machado
Casey Palermo
Cassie Fields Personal
Catherine & Jim Duncan
Catherine A Hrgich
Catherine Bieri Ryan
Catherine Duncan
Catherine Hutto
Catherine M. Coker
Catherine Pritchett
Cathryn Kelly
Cathy Forrest
Cathy Fowles
Cathy J Forrest
Cathy J. Forrest
Cathy Ryan
Catina Lykes
Cds Resources Llc
Cecil Council Iv
Cecile Linda Smith
Cesar Ramos
Chad Wulf
Charl Kleinsteuber
Charlene Diane Jones
Charlene So
Charles Abels Massie
Charles Cole Jr Estate
Charles Foresman
Charles Gimbel
Charles Harris
Charles Howell
Charles Johnson
Charles L. Becnel
Charles Moore
Charles Shores Sr Estate
Charles Tannenbaum

Charles W Doolittle Jr
Charles Zimmerman
Charlotte Traylor
Charter Communications Holding Time
Warner Cable
Chelsea Palermo-Turano
Chelsea/Casey Palermo
Cheri A Eckbreth
Cheryl Hooker
Cheryl Mazur
Cheryl Merriweather
Cheryl Parsons
Cheryl Rogers
Cheryl Shoals
Cheryl Trudil
Cheryll Brooks
Chosen Lau Md
Chris A. And He Karcher
Chrisite Howell
Christi Denning
Christian Davis Executor
Christian Hansch
Christie Howell
Christina D. Rutherford
Christina Dionne Rutherford
Christine Hecox
Christine L Gross
Christine Lucsky
Christine Waggoner
Christophe J Jones
Christopher D Faille
Christopher Faille
Christopher Howarth
Christopher Jones
Christopher Lee Sutherland
Christopher Rieber
Cibella Borges
Cindy L Yue
Cintas Corporation
City Of Orlando Fire Dept.
City Of Orlando Office Of Permitting
Service
Claire Giblin
Clara Hill Agent
Clara Majors
Clare Mcandrew

Clarence Money
Clarissa Cook Poa
Clark Kennedy
Clark Waldo Rutherford
Claude Bridges
Claude Davenport
Claude Davenport Tte/Mary Davenport Tte
Claude Fare
Claudia Maria Astore
Claudia Pierotti Kaplan
Claudia Pierotti-Kaplan
Clayton Belcher
Clayton R Mcbride
Clement Andries
Clenton Blount Jr
Cleo Byrd
Cliffton Brown
Club Wyndham Access Vacation Ownership
Plan
Co Bartholmey Thomas
Co. Bartholmey
Coleen A. Schroeder
Colleen & Christine Waggoner
Colleen Kania
Colleen M Powers
Colleen Waggoner
Collen Sanchez
Connie Modem
Connie Moden Trustee
Connie Rieber
Connie Rodriguez
Connie Samora
Conroda A Riel
Conroda Riel
Convergeone Inc.
Corazon Regala
Corrinne Donaldson
Cory Kessler
Craig G. Newbauer
Craig Norfolk
Craig Tracy
Cross Joint Trust
Crown Linen
Crown Linen Llc
Crystal Deming
Cumberland R E Group Llp

Curtis Bixler
Cynthia Chappell
Cynthia Schiffer
D Bruce Booher
Dale Birkhimer
Dale Denning
Dale M. Yuge
Dale Mitsuo Yuge
Damon Martin
Dana L. Kleinsteuber
Daniel Couture
Daniel D Wallace
Daniel Feddeler
Daniel Guma
Daniel L And Linda E Headley
Daniel L Headley
Daniel L Modrusan
Daniel Mccoy
Daniel Quinter Agent
Daniel Wilson
Danielle R Monmouth
Danny & Vicki Lyons
Danny Harris
Danny Lyons
Danny Ray Celello Justice
Danny Ray Justice
Darcy Anne Brandt
Darcy Brandt
Daren Carlson
Darhyl Pulley
Darlene Couture
Darlene Day
Darren Minnemann
Darryl Barber
Daryl Allen
Dave Rao
David Allan Masters Jr
David And Jane Bigalk
David Anderson
David Bishop
David Coker
David D Clifton
David Del Prete
David Durr
David Dykstra
David E Currey

David E. Pike
David E. Tuttle
David Elkins
David Giao Do
David Harney
David Isaac
David J. Shick
David J. Sonnenberg
David J. Wilson
David Jennings
David Kanger
David Kinsey
David L. Spinner
David Lancaster
David Lee Kanger
David Luoma
David Manion
David Mason
David Masters
David Olsen
David Phillips
David R Richards
David R. Wyne
David S. And Su Martin
David Sheppard
David Smith
David T Kerr
David Trudil
David Vendetto
David Walters
Dawn Bender
Dawn Hollar Weisenberger
Dawn M. Sonnenberg
Dawn Weisenberger
Daynah Cataldo
Daynah Jane Cataldo
Dean C Gant
Dean Rumel
Deana Moore
Deanna Forsythe
Deanna Laidlaw
Deanna Laidlaw Forsythe
Deb Martin
Debbie Bunce
Debbie Huffman
Debo Pike

Deborah C Mccrory
Deborah Christi Mccrory
Deborah J Powell
Deborah L. Allen
Deborah Manes
Deborah Mench
Deborah Miller-Manes
Deborah Mortimer
Deborah Muscatello
Deborah Robbins
Deborah Smoody
Deborah Stocker
Deborah Threats
Deborah Wenger
Deborah Wilson
Debra Barnes
Debra Boettcher
Debra Franke
Debra Grant
Debra Hostetler
Debra Jones
Debra L Mims
Debra Norfolk
Debra Rogers
Debra Streeter
Debra Tatro
Debra Thompson
Debra Tremblay
Delia M Mcglocklin
Delores Mood Estate
Den Jaskewich
Denis Mccarthy
Denise Abels
Denise Ann Newton
Denise Barker
Denise Buckley
Denise Devaughn
Denise Moade
Denise Newton
Denise Sanders
Denise Smith
Denise Snyder
Dennis Alan Nevius Trustee
Dennis Cassar
Dennis Fowles
Dennis Franke

Dennis Girnys
Dennis K Schrock
Dennis Keith Schrock
Dennis L Maize
Dennis L Maize
Dennis Lunde
Dennis M Lacour
Dennis Michael Lacour
Dennis Nevius
Dennis Reaser
Derek Bode
Desiree Rembert
Diana Alders
Diana Brockmann
Diana Hernandez
Diana Hernandez Ramirez
Diana Kay Brockmann
Diana P Albers
Diana Petersen
Diana Rakes
Diane Barrett
Diane Braga
Diane Devivo
Diane Hart
Diane Hart Iii
Diane Novotny Iii
Diane Stroud
Dianne Smith
Dick Kasmer
Dimmel Schiffer
Dina Gardella
Domingo Hernandez
Donald Bronson
Donald E Kelly Ii
Donald Ellis
Donald Fraser
Donald Gursky
Donald Kelly
Donald M Rodwancy
Donald M Rodwancy
Donald Muir
Donald P Bolden
Donald Rodwancy
Donald S Brown
Donald S. Brown
Donald Waller

Donald West
Donald Wilson
Donn Dooley
Donna Andries
Donna Dilger
Donna Drude
Donna Elbin
Donna Fortini
Donna Harris
Donna Hoover Keener
Donna Keener
Donna King
Donna L Drude
Donna L Griner
Donna L Griner
Donna M Berg
Donna M Burns
Donna Marie Schell
Donna Ricker
Donna S Coombs
Donna Schell
Dorean Brazier
Dorean J Brazier
Doreen Caputo
Doreen M Burger
Doreen Yvette Weekes
Doris Hall
Doris J Wallace
Doris Rae Pickard
Dormakaba Canada Inc.
Dorothy Fleming
Dorothy Paskevic
Dorothy Watkins
Douglas Edwards
Douglas Mitchell
Dr Susan Davidson
Duane Grey
Duane Ushijima
Dunpear Llc
Dustin Hirsch
Dwight G Handon
Dwight G. Handon
Dyan Piller
Dynamic Electric Service
E Barrett Atwood
E Jane Miller

E Mitchell Corman
E. Jane Miller
Earl D. Shelton
Earl Haizlip
Earl Powell
Earl Young
Ecolab Inc.
Eddie Cummings
Edgardo Baez
Edgardo Isaias Baez Reyes
Edith Hogan
Edith Hogan
Edmundo Sanchez
Edna Peteros
Edward And Lind Nielsen
Edward Brown
Edward Gardella
Edward Hart Iii
Edward Kuzma
Edward M Thomas
Edward Magness
Edward Raymond
Edward Ronan
Edward Solomon
Edward Tomak
Edwin Conrad Kutzli Ii
Eileen Marino
Eilene A Corder
Elaine Bryan
Elaine R. Carhart
Elaine Welter
Elaine Wharton
Elayne Jackson
Elbert Morrison
Eleanor Shihadeh
Eleanor Smith
Elgin Cooper
Elias Lykes
Eliz & Elizabeth Newbauer
Eliz Webb
Elizabeth A Weathers
Elizabeth Corman
Elizabeth Johnson
Elizabeth Lewinger
Elizabeth Parker
Elizabeth Perdichizzi

Elizabeth Powell
Elizabeth S Paulin
Elizaveth B Corman
Ellen Miller
Ellen Smith
Ellen Visnakov Estate
Ellen Warnsby
Elliott Weissmark
Ellsworth Alfred Warner Jr Family Trust
Ellsworth Grant
Ellsworth Warner Iii
Elnora Jones
Elsie Pugh
Elvira C. Chapman
Elvira Cleveland Chapman
Elwood Long
Emanuele Morso
Eric & Amanda Rodriguez
Eric E Nystrom
Eric Evan Nystrom
Eric George Deister
Eric Nicholas Rodriguez
Eric S. Raldiris
Erica Lynn Murray
Erica Massie
Erin Barnes
Erin Reilley
Erin Surdey
Erin Thomas
Ernest Brown
Ernest Jordan
Ernest Smith
Est Charles Cole Jr
Est Of Alejandro Fernandez
Est Of Carl Schultz/Schultz
Est Of Dolores L Mood
Est Of James Hogan/Hogan
Est Of Maridel S Moffett
Est Of Raymond Russell/Russell
Est Of Sylvia Dietz
Est Of William Raber
Estate Of Charles Shores Sr
Estate Of James Stewart
Estate Of John Wesolowski
Estate Of Luzvimi Lictawa
Estate Of Ricki L Chowning

Estate Of Robert Krimsky
Estate Of William C Davis
Estate Of William E Vesely
Eugene Reuman
Eugene Wright
Evelyn Alicea
Evelyn Everett
Evelyn R. Polanco
Evelyn Songco
Executor Caroline Benitez
Exp Us Services Inc.
Extra Holidays, Llc
Fabian Taborda
Fairshare Corporation
Faith Ciampa
Falcon Risk Services
Fatima Rondon
Feliciano Hugo
Felipe Hernandez
Fence Specialty Llc
Fernando Avila
Ferran Services & Contract
Fiori Perdichizzi
Flint W Jacobs
Floyd Whiddon
Flynn, William Estate
Frances Morrison
Frances W Healey, Trustee Of The Samson
Revocable Trust
Frances White
Francine Bromley Norwood
Francine Norwood
Francis Bryan
Francis Healey Trustee
Frank Caputo
Frank Digiaimo
Frank Gay Services
Frank L Brown
Frank L Brown
Frank Novotny
Frank Richards
Fred Jones
Fred T Powell
Freda Miller
Freda Teresa Miller
Freddie Jerome Mclean

Freddie Mclean
Freddy Bello Salas
Frederick Crawford
Freling Scarborough Iii
Frencesca Franzoni
Ga Dodson
Gaffner Trust
Gail Heller
Gail Jenkins
Gail Martin
Gail Obach Riel
Gail Trankle
Gail/ Lauren Trankle
Garland Dalton
Garnet L Powell Jr
Garnet Powell
Garrick Gaffigan
Gary Antos
Gary Foley
Gary Graham
Gary Griner
Gary Hill Agent
Gary Hruschka
Gary Huffman
Gary Joseph Foley
Gary Small
Gayle Barnes
Gembecki Enterprises Inc.
Gembecki Enterprises, Inc.
Gena Mae Mitchell
Gena Mitchell
Georganne Jones
George Bruce Cross
George Byrd
George Cross
George J. Rebecca A. Palen
George Mckinley
George Messmore
George Rich
George Smith
George Wright
George& Rebecca Harlan
Georgiana Brown
Gerald Glenn Hanchey
Gerald Hanchey
Gerald R Warner

Geraldine Harney
Geraldine Sims
Gerard Boissonneault
Giao Do
Gina A Conca
Gina Kinert
Gina Zirlis
Ginger Johnson Gilley
Giovanni Ramirez
Giovnni Ramirez
Gladys Carey
Glen Frei
Glen R Sage
Glen Sage
Glenda Marshall
Glenda Sweeney
Glenn Deming
Glenn M. Singleton
Glenn Mills
Gloria L Sanborn
Gordon Baldwin
Gordon Hope
Gordon Joseph Heal
Gordon L Hanthorn
Gordon Lee Baldwin Jr
Gordon Prospes
Grace Warner
Grace Warner & Ellsworth Warner Iii Ttee
Gracelyn Merchant
Gracie Byrd
Greg Buster
Greg E Alm
Gregory Aernie
Gregory Brooks
Gregory Modica
Gregory Petrillo
Gregory T Beaver
Gregory V Gutierrez
Gregory Wahlberg
Gregory White
Grejes Holdings
Gretchen Vose
Gsg Averigo Llc
Guerda Harris
Guido Franzoni
Guillermo Priego

Guy Abels
Gwendolyn Abel
H Rayfield Hopkins
H. Neal And Lil Stoneback
Halayne / Michelle Sherman
Halayne Sherman
Han S. & Trinh, Quach
Harold Debruine
Harold Richard Mosher
Harold Rogers
Harry Douglas Mitchell
Harry Hernandez
Harry Welter
Hd Supply Inc.
He Russell
Heather Goyette
Heather Lazzara
Heather Parks Russell
Helen C Lansaw
Helen Jean Mosness
Helen Mosness
Helena Macedo
Helmut Waszkiewicz
Henrietta Haley Agent
Henry Yuill Estate
Herbert Ray Gilley
Hibbie Duane Ayoub
Hiram Bermudez
Holly Candella Trustee
Holly Candella, Trustee Of The Holly
Simonsen Trust
Holly Klocke
Holly Simonsen Trust
Hoot Owl Inc
Hope Roetting
Horace Henderson
Howard Eugene Cody
Howard Hamilton
Howard Tames
Howard Worsey Estate
Hs Univ Of Detroit Jesu
Hubert Purnell
Hugh Boutwell Estate
Hugh Estate Of Hugh Boutwell
Ian Christopher Weekes
Ian Norwood

Ii, Edwin Conrad Kutzli
Iii Willis Howard
Iii, Patrick J. Barett
Iii, Willis Howard
Inc, Marlin Art
Indrani Acosta
Inez Rembert
Inez Webb
Innovative Wealth Planning Inc
Innovative Wealth Planning, Inc
Interconn Resourses
Interconn Resourses Llc
Irene & Irene Gilmore
Irene Monoyios
Isaac Kajomovitz
Ivette Azares
Ivette Santiago
J Christopher Carey
J Wayne Six
J. Russell Farr
Jacinda Williams
Jack Clink
Jack Cummings
Jack Henderson
Jack Mccasland
Jackson Rose Estate
Jackson Winter
Jacqueline Fox
Jacqueline Fross
Jacqueline Rapisardi
Jacqueline Reese
Jacquelyn Nicks
Jaime Paris Boisvert
James A Eddings
James A Weathers
James Ansted
James Archie Keith Westbrook
James B Laidlaw
James Berry
James Brittain Laidlaw
James Brown
James Chamness
James Cogan
James D Decker
James D. Primmer
James E Larman

James Faust
James Geigher
James Graganella
James Gullickson
James Hart Smith
James Hartley Smith
James Henry Stewart Ii Executor
James Hirsch
James Hoffe
James Hogan Estate
James Jones
James Kent Webster
James M. And No Rogers
James Magic
James Nicks
James P Schofield
James Pope
James R Carter
James R Powell
James R. Riley Riley
James Rawlins
James Riley
James Rogers
James Saint Amand
James Settle
James Shelburne
James Stewart
James Swirczynski
James T. And Ba Judge
James T. Chapman
James Thomas Judge
James Tomlinson
James Trankle
James Waggoner
James Waller
James Warnsby Sr
James Westbrook Agent
James Whitney
James Wroblewski
Jamie Fare
Jane Angene
Jane Atkins
Jane M Van Dehey
Jane Phillips
Jane Roberts
Janelle Battistoni

Janet Anderson
Janet E Johnson
Janet E. & Janet Zuhlke
Janet L. Rodrigues
Janet Mcdowell
Janet Morso
Janet Seim
Janet Tschosik
Janice Tripi
Janie Hernandez
Janis Carrasquel
Jarvis Merriweather
Jason P Robinson
Jason Surdey
Jay Andrew Weisenberger
Jay Weisenberger
Jean Ah Nim
Jean Ah-Nim
Jean Crocco
Jean Jay
Jean Pawlowski
Jean Spencer
Jeanette Cordero Jr
Jeanette Faust
Jeanette Hinton
Jeanne Chaffin
Jeanny Chaffin
Jeff Woodward
Jeffery D. Schultz
Jeffery Hamilton
Jeffery L Evans
Jeffery Renaud
Jeffrey A Huffman
Jeffrey Cross Trustee
Jeffrey Hutchinson
Jeffrey L Tschosik
Jeffrey Lee Tschosik
Jeffrey Lewis Cross Trustee
Jeffrey Paulsen
Jeffrey Thorne
Jeffrey Throne
Jeh Construction Inc.
Jeneen M K. Asato
Jeneen Michelle Ushijima Buenrostro
Jenna Williams Agent
Jennifer Brown

Jennifer Burchell Foley
Jennifer Burchell-Foley
Jennifer Feddeler
Jennifer Gallegos
Jennifer L Wesneski
Jennifer Mohr
Jennifer Ruchinski
Jerald R. Schroeder
Jeri A Vincent
Jeri Ann Vincent
Jerome Holldorf
Jerry Odom
Jerry Woodfall
Jesse Andrew Barron
Jesse Barron
Jesse Palermo
Jessica Caldwell
Jessica Castle
Jessica Lee Felty
Jessie Burnett Wells
Jessie Gurley
Jesus Morfi
Jill Wilson
Jim Duncan
Jim H Durr Jr
Jimmy Hinton
Jo Ann Longendyke
Joan & Joan Dykstra
Joan Parker
Joan Rubbico
Joann Carr
Joann Stello
Joanne Adams
Joanne Fullmer
Joanne Fullmer Estate
Joanne Kevitz
Joanne Torigian
Jocerlyn Hardy
Jody Burns
Joe L Paz
Joe L Paz
Joe Richard Chaffin
Joe Vinson
Joelle Fourcand
John A & Lida G Miller
John A Bruschi

John Barnes Gordon
John Bliffen
John Books
John Brockmann
John Chavis
John Chavis Jr.
John Clark
John Dubois
John E. Fritz
John Frank
John Gordon
John Holsan
John Holsan Estate
John Holsan Jr
John Kling Jr
John Kruszona
John L Spencer
John La Monica
John Lewinger
John Mancuso
John Mcgee
John Mclaughlin
John Michael Brockmann
John Miller
John P Skenesky
John R Stover
John R. Ferraro
John Rice
John Robinson
John Roetting
John Scott
John Surdey
John Visnakovs
John Wesolowski Estate
John Williams Agent
John, Chiu
Johnny Gilliam
Johnny Theodore
Jon Craig
Jon Simms
Jonathan Barnett
Jonathan Condit
Jonathan David Condit
Jonathan Martin
Jonathan R D'arcy
Jonathan R Malinoski

Jonathan Robert D'arcy
Jonnie L Miller
Jose Ramos
Joseph And Joan Stello
Joseph Anistranski
Joseph Burns
Joseph Carbone
Joseph Duane Byrd
Joseph Edwards
Joseph Faulborn Jr
Joseph Helm
Joseph Huley
Joseph Lanni
Joseph Leung
Joseph Mueller
Joseph P. Gionti
Joseph Skarbek
Joseph Smoody
Joseph Steidl
Joseph Sunyak
Joseph Wenger
Josephine Lunde
Joyce Prindle
Jr, Marvel Parker
Jr, Wheeler Parker
Jr., Agustin Alicea
Jr., Frutoso Balderas
Jr., John Helman
Jr., John R. Cox
Jr., Robert Downs
Juan E Cordova
Juan E Ramos
Juan E. Ramos
Juan F Sanchez
Juan Sanchez
Juana Kamerlin Massa
Juanita Doreen Curran
Juanito So
Judie Propes
Judith Bidgood
Judith D Richards
Judith Flynn
Judith Greenzweight
Judith M Haizlip
Judith Marie Haizlip
Judith Nevius

Judith Niergarth Adams
Judith Russell
Judith Russell
Judith Stover
Judith Talbot
Judy A Dodds
Judy Allen
Judy Bernard
Judy Debruine
Judy M Johnson
Julia I Huffman
Julie A. Schultz
Julie Gunter
Julie Huckfield
June Faragon
K Prince
Kanice Dee Mclean
Kanice Mclean
Karel Fischer
Karen A Donoghue
Karen A Sites
Karen Chadwick
Karen Cuttill
Karen Dabbs
Karen Deininger
Karen Dubois
Karen F Simon
Karen L Decker
Karen Mcmain
Karen Melander
Karen Renate Sicinski
Karen Sanders
Karen Sicinski
Karen Simon
Karen Woitkowiak
Karen Woitkowiak Trustee
Kari Luoma
Karl Kiser President
Karla King
Kat Brown
Katherine J Ross
Katherine Mccormack Estate
Katherine Shelburne
Katheryn Winsky
Kathi Schieler
Kathleen Bixler

Kathleen F Laidlaw
Kathleen Faye Laidlaw
Kathleen I Glass
Kathleen Kelly Kennedy
Kathleen Kennedy
Kathleen Long
Kathleen Marioriello
Kathleen Messina
Kathleen Reaser
Kathleen Sauve
Kathleen Schuchardt Cfo
Kathleen W Heal
Kathleen Woods
Kathleen Wright Heal
Kathlyn R Schofield
Kathryn A. Coley
Kathryn Dickey
Kathryn Gardner Overby
Kathryn Mancuso
Kathy Jankowski
Kathy L. Peever
Kathy Laird
Kathy Lee Peever
Kavita Williams
Kay Zimmerman
Keith Aldeghi
Keith Caldwell
Keith James
Keith Jay
Keith John Robinson
Keith Mastromatteo
Keith Miller
Keith Rine
Kell Wyne
Kelly A Skenesky
Kelly Ann Deister
Kelly Bogh
Kelly Cookus
Kelly Feldkamp
Kelly Schneckloth Bogh
Kelsey Kling
Kemps Living Trust
Kendra & Kendra Schieber
Kenneth Beardsley
Kenneth Benn
Kenneth Cromie

Kenneth E Oakes Jr
Kenneth Feldkamp
Kenneth H Lavery
Kenneth Harold Lavery
Kenneth Johnson
Kenneth M Prince
Kenneth Neely
Kenneth Northrup
Kenneth Peterson
Kenneth Richards
Kenneth Satlin
Kenneth Truitt
Kenneth W Martin
Kenneth Wright
Kenneth Yates
Kent Kinert
Kerrell Bunce
Kerri Cassar
Kerry Fox
Kevin And Linda Simmons
Kevin Blindert
Kevin Carpenter
Kevin Defrisco
Kevin Duane Defrisco
Kevin Greig
Kevin Johns
Kevin Laird
Kevin Lawrence
Kevin Prim
Kevin S Dietrich
Kevin T. Casey
Kevin Williams
Kevin Williams Sr
Key West Partners Llc
Key West Partners, Llc
Kim B Sheppard
Kim Brown
Kim Fasciano
Kim Michael
Kimberli Mason
Kimberly A. Smith
Kimberly Ann Smith
Kimberly Gregory
Kimberly Leite Morris
Kimberly Leite- Morris
Kimberly Lumsden

Kings Service Solutions Llc
Kinsey R Priebe
Konnie Martin
Kristy L Bruschi
Kurt E Gubelman
Kyle Faille
Kyle L Kester
L Brett Carter
L John & Angela C Lina Living Trust
L John Lina Trustee
La Verne Swayne
Lall Sawh
Landscape Workshop Llc
Lanier Cansler
Larry & Marla Alexander
Larry Alexander
Larry Atkins
Larry Baudoin
Larry Brown
Larry D Jones
Larry Grant Brown
Larry John Rejda
Larry K Bolden
Larry Miller
Larry Rejda
Larry Schieler
Larry Spencer
Latha Gowda
Laura A. Reinholz
Laura Brauman
Laura Faille
Laura Faille
Laura Greig
Laura Hamilton
Laura Henderson Agent
Laura Lorbiecki
Laura Shero
Laurance Traylor
Laureen Morrison
Lauren Trankle
Lauren Trew
Lauri K. Barcelona
Laurie A Barr
Laverne S Christen
Lavone Horne
Lawrence Moon

Leah Barron
Leah Fe Gomez
Leah Fe Panganiban Gomez
Leah Martel
Lee Bronstein
Lena Howard
Leona Neely
Leonard Butler
Leonardo Garcia Mendez
Leonardo Garcia-Mendez
Leonora Kifer
Lesley Fisher
Lesley Fisher Benn
Lesley Fisher-Benn
Leslie A Cesario
Leslie Farris
Leslie Renee Johnson
Leslie Salerno
Leslie T. Hom
Lester Nicholas
Lewis Brown
Lewis D. And Ka Brown
Li Becnel
Lida E Carroll
Lida Miller
Lillian Fitzgerald
Lillie Billingslea
Lillie Settle
Lily Gong
Linda Ahmed
Linda Barber
Linda Butler
Linda Diane Miklowitz De Revere
Linda E Headley
Linda Fischer
Linda Hirschberg
Linda Hoffe
Linda K Kelly
Linda Labreche Ventresca
Linda Labreche-Ventresca
Linda Lawrence
Linda Malham
Linda Marie Robinson
Linda Miklowitz
Linda Nielsen
Linda Olsen

Linda Robinson
Linda Ruth
Linda Satlin
Linda Simmons
Linda Webb
Linda Webb Means
Linda Wigington
Linda Willms
Linden Willson
Lindo Ventresca
Lindsay Hall
Lin-Lan Tang
Linn A Chuck
Linn A Chuck
Lionel J Froloff
Lisa Alberto
Lisa Books
Lisa C Berkley Executor
Lisa Condit
Lisa Graganella
Lisa Johnson
Lisa Lively
Lisa Mcclurg
Lisa Renee Beckett
Lisa Smith
Lisa Thibault
Lisette Thorner
Lizette M Froloff
Llc West Ruk Holdings
Lloyd Moden
Lloyd Swayne
Lloyd's Glass Services Llc
Llp Cumberland Re Group
Lon Senko
Lonnie Gerald Mccaskill
Lonnie Mccaskill
Lor Moore
Lorenzo P Cinicola
Loretta Blount Jr
Loretta Kasmer
Lori A Cinicola
Lori A. Dibb
Lori Case Trustee
Lori Dacunha
Lori Edgemon
Lori Rice

Lorraine Dixon
Lorraine Winter
Lorraine Winter Trustee
Louella Gray
Louis C Streeter Jr.
Louis John Oertly
Louis Monoyios
Louis Oertly
Louis Streeter Jr
Louise Arenare
Louise Bishop
Louise Wright
Lourdes Atwood
Lourdes Ramos
Loveda Anderson
Lucie Vuvan
Lucille Williams
Luis A Gross
Luis Esquenazi
Luis Machado
Luis Mortimer
Luis Ramos
Luis Villacres
Luisa Alvarez
Luisito Bautista
Luke Skywalker
Luzvimi Lictawa Estate
Lycenda Anderson Gilliam
Lycenda Gilliam
Lydia Keener Elmore
Lyle E Wesneski
Lynda Chrisp
Lynmari Tereyla
Lynn M Wier
Lynn Tessaro
Lynne Macmillan
M Prince
M Scott / L Brett Carter /Carter
M Scott Carter
Madelyn Migyanko
Malcolm Cunningham
Manager Mitchell Davis
Manuel Macedo
Marc Sauve
Marcella Stahler
Marcia Cross

Marcia Grusenmeyer
Marcia Lutz Cross
Marcia Wentworth
Marcia Williams
Marcus Parker
Margar James
Margaret Baker
Margaret Burgdorf
Margaret Columbus
Margaret M Kane
Margaret Malachowski
Margaret Peterson
Margaret Rowell
Margaret Wearing
Margo Reiss
Margot Espinoza
Mari Aldeghi
Maria Cr Sudo
Maria Farinas Montemayor
Maria Fernandez
Maria Hansch
Maria Tames
Maridel Moffett Estate
Marie Faulborn Jr
Marietta Irwin
Marilyn Bardsley
Marilyn Campbell
Marilyn D. Powell
Marilyn Ed Ingram
Marilyn Whiddon
Mario Maduedo
Mario Regala
Marion Daniel
Marion Sinclair Schwieder
Marisela De Garcia
Marisol Serrano Ramos
Marisol Serrano-Ramos
Maritza Willson
Marjo Lawton
Marjorie Diane Lacour
Marjorie Lacour
Mark B Gerst
Mark Beidel
Mark Bockmann
Mark Dalle
Mark G Van Dehey

Mark Lynch
Mark Malham
Mark R Hamilton
Mark Schieber
Mark Scott
Mark Smith
Mark Szen
Mark Tereyla
Mark Wilder
Marla Alexander
Marlene Mills
Marlene Quinter Agent
Marlin Art Inc
Marlyn Nero
Marsha A Carey
Marsha Dangel
Marsha K. Shelton
Martha A. Zeyen
Martha Cecilia Baez
Martha E Ushijima
Martha Givens
Martha Odom
Martha Ushijima
Martha Vinson
Marumi A Prince
Marvel Parker
Mary & Mary Casey
Mary A Patenaude
Mary A. Harrison
Mary Andolsek
Mary Ann Ghilani
Mary Ann Mckinley
Mary Beth Bakerink
Mary Beth Bewersdorf
Mary C Hanley
Mary Catherine Saunders
Mary Charton
Mary Commer
Mary Cottle
Mary Davenport
Mary Diane Devivo
Mary Dimmel
Mary E Saraceno
Mary E Saraceno
Mary Elizabeth Davis
Mary Ellen Fleming

Mary Ellis
Mary Gagum Brown
Mary I Charles
Mary Iva Charles
Mary L Gerst
Mary Mclaughlin
Mary Michelle Cottle
Mary Mohr Scinocca
Mary Mohr-Scinocca
Mary Mosher
Mary Mueller
Mary P Tracy
Mary P Tracy
Mary Pegues
Mary Pegues Lewis
Mary Pickett Mosher
Mary Priego
Mary Reney Reubel
Mary Stefans
Mary Steidl
Mary Wade
Mary Waller
Maryann Pradovich
Maryanne E Hagar
Marybeth & Anthony Costanzo
Mason Li Agent
Matt Brauman
Matthew R. Russell
Matthew Solomon
Matthew/ Alexandra Solomon
Mattie Ruth Spencer
Maureen Anistranski
Maureen Cragen
Maurice Howe
Maurice Rattray Iii
Max Chrisp
Melanie Antos
Melanie Demps
Melanie K Currey
Melinda D Beaver
Melinda Scarborough
Melissa Foley
Melissa M Mcbride
Melody Wahlberg
Merari L Matos
Merari Luz Matos

Messina Living Trust
Meta Parker
Michael Allen Brandt
Michael And Nakon
Michael Apuan
Michael Arenare
Michael Banks
Michael Burgdorf
Michael Byers
Michael Chadwick
Michael Chadwick Jr
Michael Cuttill
Michael Davenport
Michael Filipski
Michael G Mays
Michael Gene Mays
Michael Giblin
Michael Grosneck
Michael Hurd
Michael J Mccrory
Michael John Mccrory
Michael Kania
Michael L Brody
Michael Labrador
Michael Manes
Michael Masiello
Michael Moade
Michael N Verratti
Michael R. Winandy
Michael Robert Hurd
Michael Salvatore
Michael Schneider
Michael Sean Mcglocklin
Michael Snyder
Michael Winsky
Michele Hamilton
Michele V Howland
Michelle Defrisco
Michelle Delee Hamilton
Michelle Delee-Hamilton
Michelle Kanger
Michelle Sherman
Michelle Taylor
Microwonders Inc
Microwonders, Inc.
Middle School Marco Island Charter

Mike Brandt
Milagros Jorge
Mildred Helm
Millard Shoals
Miller Seal Coating And Striping Llc
Milton Keener
Mina Feldman
Mireya Najera De Hernande
Mireya Najera De Hernandez
Miriam Fernandez
Mirian Nicholas
Mit Hom
Mitchell Davis Manager
Molly Williams
Mona Jeanty
Monica Giles
Monya Manion
Mood Media North America, Llc
Mood Media, Llc
Moore Boggs
Morris Gjessing
Morris Gjessing Estate
Mossadeq Ben Ali
Mrs. Carol Sibilia
Mundi Ross
Murray J. Dibb
Nadine Burns
Nanc Singleton
Nancy & Bruce Block
Nancy Block
Nancy C Hummel
Nancy C. Hummel
Nancy Dalle
Nancy Frank
Nancy Hope
Nancy M Haist Living Trust
Nancy Mayfield
Nancy Ripley
Nancy Swasey
Nancy Vincent
Natalie Deible
Natalie Rothman Young
Nathaniel Hawkins Iv
Nathaniel S Hawkins
Nc. Cocoa
Neil Messina

Nicholas A. Zeyen
Nicole Lynn Allison
Nina Clark Jones
Nina Jones
Nolasco Intong
Norma Miller
Norma Rogers
Norman Kaplan
Norman Pugh Newby
Norman Pugh-Newby
Novata Purnell
Olsen Revocable Living Trust
Opal Elliott
Or Nakon
Orange County Health Dept.
Orange County Tax Collector
Orlando Utilities Commission (Ouc)
Oscar Hernandez Ramirez
P Ford
Pamela A Mcdonald
Pamela Huley
Pamela Kontra
Pamela M. Thomas
Pamela Minnemann
Pamela S Fauble
Pamela Sue Schrock
Pamela T Peck
Pamelyn Su Gregory
Pamelyn Suzanne Gregory
Parker D. Andrews
Pat Lane
Pat Mccaskill
Patric & Patricia Messmore
Patricia A. Shick
Patricia Brill Mccaskill
Patricia Casey
Patricia Davis
Patricia E Nystrom
Patricia Fare
Patricia Foresman
Patricia Hayden
Patricia Hruschka
Patricia Hubeny
Patricia Jacobs
Patricia Jacoby
Patricia Lanni

Patricia M Sczerowski

Patricia Magic

Patricia Magic Estate

Patricia Mcclure

Patricia R Powell

Patricia Rider Nystrom

Patricia Rivera

Patricia Rodgers

Patricia Sczerowski

Patricia Simmons

Patrick Callahan

Patrick M Thomas

Patrick Millado Nuestro

Patrick Rodgers

Patrick T Burns

Paul Cataldo

Paul Desrosier

Paul Edwin Sculley

Paul Gilmore

Paul Gover Cataldo

Paul James Curran

Paul Kouroupas

Paul Lantz

Paul Prindle

Paul Sculley

Paul Sealy

Paul Sicinski

Paul Taylor

Paul Taylor President

Paul W Williams

Paul Zuhlke

Paula B Brody

Paulette Doreen Booker

Pauline Mathieu

Pauline Mauldin

Pauline Smith

Peggy Ann Johnson

Peggy Haanen

Peggy Johnson

Penelope S Keene

Penney Beyer

Penny Mccreary

Penny Mccreary, Trustee Of The Nancy M.

Haist Living Trust

Penny Weaver

Percy Givens

Personal Rep, Cassie June Mccorm Fields

Peter Altreche

Peter Ciarrocca

Peter Lorbiecki

Peter Minke

Peter Seidl

Peter Wool

Philip Baird Lamb

Philip J Rutkowski

Philip James Rutkowski

Phillip Lamb

Phillip Tutnauer

Phuog-Tram Le

Phuong Tram Le

Phy & Pyllis Andrews

Phyllis Bruss

Phyllis Girnys

Phyllis Hughes

Phyllis Mccoy

Phyllis Tavano

Pilars Financial Services

Pin Pin Gan

Planters Trust # 0263

Powhatan Collins

Powtran

Prakash Patel

President Paul Murphy

Pringle Revocable Trust

Priscilla Rumel

Pro Great Southeastern

R John Jaskewich

R. John A Jaskewich

R., James W Brown

Rachel Price

Rachel Remington

Rafael Cordero Jr

Rafael Feldman

Ralph Keith Lawrence

Ralph S Longendyke

Ramon Sudo

Ramona Pegues

Ramond Russell Estate

Randal Simmons

Randall C. Schoeppner

Randall Cottle

Randall Jon Cottle

Randall L Hinrichs
Randy Alan Rouse
Randy Drude
Randy Joseph Drude
Randy Klocke
Randy Koester
Randy L Hobbs
Randy Lee Brown
Randy Rouse
Raphael Agada
Ray Hodges
Ray Miller
Raymond Bent
Raymond Casey
Raymond M. Coley
Raymond Mathieu
Raymond Sanders
Raymond Shero
Raymond T Albers
Re Williams
Rebecca Bliffen
Rebecca Bode
Rebecca D. Spinner
Rebecca Dawn Spinner
Rebecca J Durr
Rebecca Mcandrew
Rebecca Northrup
Rebecca Swart Trustee
Rebecca West
Reed Jacobs
Reed Kevin Jacobs
Regina Cox
Regina Dougherty
Regina Guevara
Regina Pope
Renato Delacruz
Renee Bronson
Rental Richard Bender
Resort Service Group Inc.
Resort Supply Inc.
Reuben Monmouth
Rev. Larry E. Maze
Ricardo Carter
Richard A Castle
Richard A. Bender
Richard Alpert

Richard Alvarnaz
Richard Boettcher
Richard Bogh
Richard Capwell
Richard Capwell Estate
Richard Edward Newton
Richard Filling
Richard Ghilani
Richard Greaney
Richard Johnson
Richard Kontra
Richard L Jackson
Richard L Sites
Richard Martin Estate
Richard Mcclure
Richard Mosher
Richard Newman
Richard Newton
Richard P Groves
Richard Paskevic
Richard Paul Alpert
Richard R Bender
Richard Ramos
Richard Roos
Richard Scherer
Richard Serrano-Ramos
Richard Small
Richard Vespi
Richard W Gregory
Richard Woitkowiak
Richard Zolman
Rick Sass
Ricki Chowning Estate
Rickie Raymond Jahnke
Ricky Jackson
Ricky Lawrence
Rita Corbitt
Rita M Oakes
Rita Twilley
Ro & Robin Brown
Robert A Donoghue
Robert Battistoni
Robert Bryan
Robert C Faille Jr
Robert Cheney
Robert Clarke

Robert D Webb
Robert Davis
Robert Downs Jr
Robert E Hagar
Robert Erkert
Robert Erkert Trustee
Robert F Mood Exec
Robert Faille
Robert Felty
Robert Grusenmeyer
Robert Hinton
Robert J Gross
Robert Krimsky
Robert Krimsky Estate
Robert Kurz
Robert L.,Nancy Swasey
Robert Lancaster
Robert Lawrence Clarke
Robert Lawrence Shipferling
Robert M Hirschberg
Robert M Stiles
Robert Maddaford
Robert Mcknight
Robert Mood Executor
Robert Morris
Robert Morrisson
Robert Mosness
Robert Mowery
Robert O Westbrook
Robert Oliver Westbrook
Robert Packer
Robert Peck
Robert R Hecox
Robert Reese
Robert Reilley
Robert Reiss
Robert Robbins
Robert Rompilla
Robert Saraceno
Robert Schell
Robert Shaughnessy
Robert Shipferling
Robert Snibbe
Robert Sopelak
Robert Stahler
Robert Stefans

Robert Surdey
Robert Terry Mosness
Robert Unger
Robert W Stewart
Robert Wharton Jr
Robert Winter
Robert Winter Trustee
Robert Woods
Robert Zirlis
Roberta Edwards
Roberta Leland
Roberto A Fernandez
Robin Barrow Poa
Robin Bronstein
Robin L. Roberts
Robin Lerchen
Robin Shaw Wulf
Robin Surdey
Rocho Lucsky
Roderick Reeves Sr
Rodney Ishii
Roger Seim
Rolando Intong
Rolando, Intong Pantojan
Romero Edwin
Ron Vincent
Ronald C. Mudie
Ronald J. Gunter
Ronald Lewis
Ronald M & Nancy L Mayfield
Ronald Mayfield
Ronald Sr Jacoby
Ronald Steege
Ronnie Henson
Ronnie Kraiza
Ronnie Marquis
Rosanne Renaud
Rosaura Diaz
Rose A Raber Estate
Rose Raber
Rose Rejda
Roseann Soto Dalton
Rosemary Ricciardelli
Rosita Bautista
Rosita Filling
Roy Swart

Rsg/Spectrum
Rui Sabino
Russel Tribe
Russell Bowes
Russell Johnson
Russell S. Natherson
Rut Wilkins
Ruth E Sayers
Ruth Frishberg
Ruth Gordon
Ruth Jackson
Ruth Ronan
Sally & Sally Holldorf
Sally Master Executor
Sally Rawlins
Salvatore Marino
Salvatore Saluccio
Samantha L Waitkunas
Sammy Hutto
Samson Revocable Trust
Samuel Sibilia
Samuel Wolfe
Sandr & Mundi Schott
Sandra Aernie
Sandra Agada
Sandra Allen
Sandra Bent
Sandra Cunningham
Sandra G Burns
Sandra Hadaway
Sandra Jarvis
Sandra L Tucker
Sandra Loraine Stearns
Sandra Magdalene Agada
Sandra Muir
Sandra O Dolittle
Sandra Rogers
Sandra Rose
Sandra Schott
Sandra Stearns
Sara Grant
Sara Henderson
Sara M Young
Sara M Young
Sarah Young
Saul Carrasquel

Sauling Tsang
Scentair
Scentair Technologies, Inc.
Scott Brensike Poa
Scott Ditzler
Scott Nimmer
Scott Trew
Sean Massie
Serge Jeanty
Service Pillars Financial
Settlement Paul B Davis
Settlor & Benef Paul & Patricia Davis
Sevea Salvatore
Shailer Lawton
Shane Martel
Shannon & Rachel Price
Shannon Labrador
Shannon Michael Dugan
Shannon Price
Shannon Sauls
Shari Weissmark
Sharon Clark Sander Trustee
Sharon Cogan
Sharon Elizabeth Jacobs
Sharon Gimbel
Sharon Ishii
Sharon Jacobs
Sharon K. Primmer
Sharon Kay Cogan
Sharon L Gullickson
Sharon L. Ansted
Sharon Pringle Trustee
Sharon Schultz
Sharon Schultz
Sharon Shultz
Sharon Smith
Sharon Yvonne Smith
Shawn B Ross
Shawn Ripley
Sheila A Metzler
Sheila A. Metzler
Sheila Michelle Van Veen
Sheldon Regenbaum
Shelia Oertly
Shelley Lantz
Shellie Bryan

Sheree Surdey
Sheri L. Marshall
Sheri Windisch Auct Coord
Sherri Twilley
Sherry Council Iv
Sheryl Walters
Shiela Bowes
Shirley A Pitman
Shirley Byers
Shirley Byrd
Shirley Lancaster
Shirley Rich
Shirley Sherman
Shirley Wallace
Shirleyy White
Sing Li Agent
Sobel Linen Company
Sol Adams
Sonia Kajomovitz
Sonica Chaudhry
Sonica Rhodes
Spencer & Kathr Overby
Spencer Alan Overby
Spies Pool Llc
Spinivasa Gowda
Sr, George W Byrd
Stacey A Modrusan
Stacey Rucker
Stanley Brandford
Stanley Hughes
State Lakes
State Lakes Inc.
State Of Florida Dept. Of Business &
Professional Regulation
Stephanie Brown
Stephanie Murray Aldridge
Stephanie Ratli Wilson
Stephanie Small
Stephanie Wilson
Stephanie Wolfe
Stephen Donaldson
Stephen Dougherty
Stephen Horner
Stephen James Horner
Stephen M & Sharon L Pringle Trustees
Stephen Mathews

Stephen Mazur
Stephen Mckenzie
Stephen Pringle Trustee
Stephen R Matthews
Stephen R Pickard
Stephen Ralph Aldridge
Stephen Richmond
Stephen Watkins
Stephens Insurance Llc
Steve Smith
Steve& Carol Knackmuhs
Steven D Olsen
Steven F. And D Bowers
Steven Foley
Steven Knackmuhs
Steven Kunz
Steven Mark Foley
Steven Mark Tucker
Steven Olson
Steven R Harper
Steven Rothman
Stuart Ii Singer
Stuart Macmillan
Stuart Singer
Stuart Talbot
Sue Daniels
Sue Ellen Bate
Sue Ellen Bate Trustee
Suk Hee Kaewasowatana
Susan (Bruschi) Anderson
Susan C Mullins
Susan C. Mullins
Susan Colangelo
Susan Davidson
Susan Dipietro
Susan Emmert
Susan Fischer
Susan Fritz
Susan Gooch Henson Exec
Susan Gubelman
Susan J Ponczak
Susan Jennings
Susan K Miller
Susan Martin
Susan Mcguire
Susan Mcguire Trustee

Susan Morrisson
Susan Mullins
Susan Powers
Susan Sunyak
Susan Towns Jr
Susan Wright
Susanne Castelli
Suzann Beardsley
Suzanne Makowski
Suzanne Scott
Suzanne Winter
Suzanne Winter-Rose
Swart Family Revocable Trust
Swierk Sanzari
Sy Rowe & Re & Sy Rowe Williams
Sydney Klocke
Sylvan Williams
Sylvia B Abney
Sylvia Dietz Estate
Sylvia Muse Davis
Sylvia Muse-Davis
Sylvia Sawh
Sylvia Stewart Estate
Sylvia Yates
Tabitha Joy Sutherland
Tabitha Ramirez
Tabitha Sutherland
Takisha Mcgee
Tamara Johnson
Tamara L Stewart
Tami Bahr
Tammie Baldridge
Tammy Lao
Tangelia Arlett Walker Howe
Tangelia Walker-Howe
Tangie Rouse
Tanya Mullins Jones
Tanya Mullins-Jones
Tara Mccasland
Teco Energy, Inc.
Teddie Ann Paz
Tera Scott
Teresa Filipski
Teresa Gilligan
Teresa L Meek
Teresa Langworthy

Teresa Lianne Webster
Teresa Moon
Teresa Pacey
Teresa R. Langworthy
Teresa Vendetto
Terminix Commercial
Terrance A. Nelson Jr.
Terri Ann Mcknight
Terry Colegrove
Terry D. & Mari Irwin
Terry F Moore
Terry F. Moore
Terry Irwin
Terry L Lyons Winandy
Terry Lyons Winandy
Terry Moore
Terry R. Peever
Terry Rodwancy
Terry Schwier
Terry Soifer
Tessa N. Scheele
Thad L. Roberts
Thad Lee Roberts
Thanh Dao
The Davenport Management Trust
The Estate Of Morris Gjessing
The Sherwin-Williams Company
Theodore Jenkins
Theresa Ferraro
Theresa Giarratano
Theresa Holsan
Theresa R. Roberts
Therese Wilson
Thomas Andrew Cole Executor
Thomas Baldridge
Thomas Barr
Thomas Barr Jr
Thomas Bartholmey
Thomas Cole Executor
Thomas Cragen
Thomas Dabbs
Thomas Dixon
Thomas Ferraro
Thomas Fields
Thomas Goodwin
Thomas Goodwin Sr

Thomas H. Wilkins
Thomas Herbert Wilkins
Thomas Keene
Thomas Klein
Thomas M Dodds
Thomas Mcclurg
Thomas Metzler
Thomas Muscatello
Thomas Stearns
Thomas Tavano
Thomas Telesco
Thompson Shek
Thy Dao
Tiffany Lynn Jones
Tiffany Wulf
Tilford Jones
Tim Gong
Tim Grant
Timmons Marie Keener
Timolyn Whitney Tillman
Timothy A Hostetler
Timothy Eugene Keener
Timothy Keener
Timothy L. Russell
Timothy M Paulin
Tina Elkins
Tina Packer
Tina Perez
Todd Barker
Todd C Eckbreth
Todd M. Wearing
Todd Petersen
Todd Thill
Tony Liggio
Tony Tsang
Tonya Ditzler
Total Key Control Inc.
Tracy Bahr
Tracy Lane
Tracy Paulsen
Tracy Shores Executor
Troy Morris
Trstees Roger W & Merle J Kemps
Trsts Roy K Swart Jr & Rebecca J Swart
Truman Miller
Trustees David & Linda Olsen

Trustees L John & Angela C Lina
Trustees Neil R & Kathleen M Messina
Ttee, Sharon Sander
Tylee J Williams
Universal Protection Serv.
Universal Protective Service
University Of Detroit Jesuit High School
And Academy
Ursula Z Baldwin
V Mcdaniel
Valerie Ford
Valerie L Warner
Valerie Samuels
Valerie Scott
Vanessa Berry
Verna Kay Brown
Vernon Berg
Vernon Walters
Vicki Callahan
Vicki Lyons
Vicki Plant
Vickie Byrd
Vicky Olcott Coenen
Vicky Olcott-Coenen
Victo Truitt
Victor Perez
Victor Samuels
Victoria Salucci
Victoria Tomak
Vijayasimha Kotha
Vikki Davenport
Vikki Tolle
Vince & Swierk, Sanzari
Vince Sanzari
Violet Money
Violet Money Estate
Walter Braga
Walter Klein
Walter M. Moore
Walter Patenaude
Walter Rodarte
Walter White
Wanda Deveen Jones
Wanda Evette Walters
Wanda Sullivan
Warren F Berry

Watana Kaewsowatana
Wayne Makowski
Wayne Powers
Wayne S Hanley
Wayne Sweeney
Wayne Thompson
Webb Estate
Wendy Chavis
Wendy Chipp
Wendy Haugstad
Wendy Kaplan
West Ruk Holdings 1 Llc
Wheeler Parker
Wilford Guevara
William Allen
William Allison
William Andolsek
William Bate
William Bate Trustee
William Bateman
William C. Dodson
William Corbitt
William D Pitman
William Davis Estate
William Davis Executor
William Dipietro
William E Vesely Estate
William F. And Miller
William Faulkner
William Flynn, Estate
William Haanen
William Henderson
William Hernandez
William J Chappell
William J. Burke
William Leonard Johnson
William M Chipp
William M Remington Iii
William R Mrozinski
William R Vincent
William R. Mrozinski
William Raber Estate
William Ragsdale
William Ricker
William Robert Vincent
William Schade

William Schott
William Schott Estate
William Tolle
William Towns Jr
William Trembley
William Wier
William Wilson
William Wiseman
Willie Fitzgerald
Willie Sanders
Willis Carey
Winsome Richards
Wiring Technologies Inc.
Wyndham Vacation Management
Wyndham Vacation Resorts, Inc.
Xavier D Preston
Xiomara Armogan
Yasmin Ali
Yesenia Bermudez
Yudhveer Chaudhry
Yvette R Gregory
Yvonne Chamness
Zachary G Read
Zelma Kruszona
Zita Pinero

## SCHEDULE 2

### Client List

| NAME(S) OF ENTITY SEARCHED | NAME OF ENTITY AND/OR AFFILIATE OF ENTITY THAT IS A K&L GATES CLIENT | STATUS OF REPRESENTATION |
|---|---|---|
| Amadeus Hospitality Americas | Amadeus Hospitality | Current Client |
| Hd Supply Inc. | HD Supply (Home Depot) | Current Client |
| Stephens Insurance Llc | SI Investment Holdings and Stephens Inc. (Stephens Insurance LLC) | Current Client |
| The Sherwin-Williams Company | Sherwin-Williams Company | Current Client |
| Landscape Workshop Llc | Landscape Workshop LLC | Current Client |
| Mood Media North America, Llc  Mood Media, Llc | Mood Media, LLC and Mood Media North America, LLC | Current Client |
| Scentair  Scentair Technologies, Inc. | ScentAir and ScentAir Technologies, Inc. | Current Client |
| Fairshare Corporation | Fairshare LLC | Current Client |
| Wyndham Vacation Resorts, Inc.  Wyndham Vacation Management  Club Wyndham Access Vacation Ownership | Wyndham Vacation Resorts, Inc. | Current Client |