UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 6:25-bk-06813-GER |
| ORLANDO INTERNATIONAL RESORT CLUB CONDOMINIUM ASSOCIATION, INC., | CHAPTER 11 Subchapter V |
| Debtor. _____/ | |

**AMENDED STATEMENT OF R. SCOTT SHUKER AND SHUKER & DORRIS, P.A., PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b), OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**R. SCOTT SHUKER**, a partner with the law firm of **SHUKER & DORRIS, P.A.** ("ShukerDorris"), in accordance with 11 U.S.C. § 329(a) and F.R.B.P. 2016(b), hereby amends the previously filed *Statement of R. Scott Shuker, and Shuker & Dorris, P.A. Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b), of the Federal Rules of Bankruptcy Procedure* which was attached as **Exhibit "B"** to the *Application of Orlando International Resort Club Condominium Association, Inc. to Employ R. Scott Shuker and the Law Firm of Shuker & Dorris, P.A., as Debtor's Local and Conflicts Counsel, Effective as of October 23, 2025* filed on behalf of **ORLANDO INTERNATIONAL RESORT CLUB CONDOMINIUM ASSOCIATION, INC.** (the on November 3, 2025 (Doc. No. 46) and states as follows:

1. ShukerDorris has represented the Debtor, which is the debtor-in-possession since on or about August 28, 2025 in connection with creditor negotiations and preparation for this case.

2. On October 23, 2025, ShukerDorris received $15,334.54 from the Debtor for post-petition services and expenses (the "Advance Fee"). ShukerDorris will hold the Advance Fee in its trust account and apply the Advance Fee to its periodic billings subject to interim and final application for compensation and approval by the Court. ShukerDorris has not shared, or agreed

to share, the Advance Fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of ShukerDorris.

3. On October 28, 2025, the Debtor paid ShukerDorris $57,431.36 for services rendered and costs incurred prior to commencement of this case, including the preparation of the petition under Chapter 11 of the Code, and prepetition expenses in this case, including the filing fee for the voluntary petition.

4. ShukerDorris has not shared, or agreed to share, the advance fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of ShukerDorris.

5. Subsequent to the filing of the Application to Employ ShukerDorris, ShukerDorris will be filing a motion for interim compensation requesting monthly compensation pursuant to Local Rule 2016-1(c)(2)(B).

6. The Debtor has been advised that upon application and Court approval, they shall be responsible for all fees and actual expenses incurred by ShukerDorris.

7. No professionals included in this engagement varied their rates based on geographic location.

8. The billing rates reflected herein, as to Debtor, have not changed in the preceding twelve (12) months.

**DATED AND EXECUTED** this 11th day of November 2025.

_____
R. Scott Shuker
Florida Bar No. 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Tel: 407-337-2060
*Proposed Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                CASE NO. 6:25-bk-06813-GER

ORLANDO INTERNATIONAL RESORT                      CHAPTER 11
CLUB CONDOMINIUM ASSOCIATION,              Subchapter V
INC.,

      Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 11, 2025 a true copy of the forgoing has been uploaded for filing with the Clerk of Court in the above-referenced bankruptcy case via the Court's CM/ECF system, which will furnish an electronic Notice of Filing to all parties in interest receiving CM/ECF electronic noticing, including the following, who are registered to receive electronic notices in this case: **UNITED STATES TRUSTEE – ORL**, 400 West Washington Street, Suite 1100, Orlando, FL 32801 (USTP.Region21.OR.ECF@usdoj.gov); and the **SUBCHAPTER V TRUSTEE**, Aaron R. Cohen (aaron@arcohenlaw.com).

**I FURTHER CERTIFY** that on November 11, 2025 a true and correct filed copy the foregoing was submitted to Omni Agent Solutions, Inc. who will serve such by the United States Postal Service, via First Class United States Mail, postage prepaid on the creditors and interested parties on the mailing matrix attached to the original of this pleading filed with the Court and will file an affidavit of service subsequent to this filing.

                                       /s/ R. Scott Shuker, Esq.
                                       R. Scott Shuker