**ORDERED.**

**Dated: December 11, 2025**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 6:25-bk-06813-GER |
| ORLANDO INTERNATIONAL RESORT CLUB CONDOMINIUM ASSOCIATION, INC.,[1] | Chapter 11<br>*Subchapter V* |
| Debtor. / | |

**ORDER APPROVING THE EMPLOYMENT
AND RETENTION OF K&L GATES LLP AS BANKRUPTCY
CO-COUNSEL TO DEBTOR EFFECTIVE AS OF THE PETITION DATE**

**THIS MATTER** came before the Court upon *Debtor's Application for Entry of an Order Authorizing the Employment and Retention of K&L Gates LLP as Bankruptcy Co-Counsel to Debtor Effective as of the Petition Date* (Doc. No. 35) (the "Application")[2] filed by Debtor Orlando

---

[1] The last four digits of Debtor's tax identification number are 2126. Debtor's primary place of business is 5353 Del Verde Way, Orlando, Florida 32819.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

International Resort Club Condominium Association, Inc. ("Debtor"), seeking entry of an order authorizing the employment of K&L Gates LLP ("K&L Gates" or the "Firm"), pursuant to sections 327(a), 328, 329, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 as co-counsel to Debtor as more fully set forth in the Application.

The Court finds that: (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (iii) it may enter a final order consistent with Article III of the United States Constitution; (iv) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (v) the Application was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 14 days of the date of service; (vi) no party filed a response within the time permitted; (vii) the Court therefore considers the matter to be unopposed; (viii) the relief requested in the Application is in the best interests of Debtor, its estate, its creditors, and other parties-in-interest; (ix) the Court having found that based on the representations made in the Eliades Declaration that K&L Gates does not hold or represent an interest adverse to Debtor's estate, the Eliades Declaration contains a verified statement as required by Bankruptcy Rule 2014 demonstrating that K&L Gates is disinterested as required by 11 U.S.C. §327(a), and the Eliades Declaration together with the Eliades 2016(b) Statement makes relevant disclosures as required by Bankruptcy Rules 2014 and 2016; and (x) upon review of the record before the Court, including the legal and factual bases set forth in the Application, the Eliades Declaration and the First Day Declaration, all of which are incorporated herein, the Court determines that good and sufficient cause exists to approve the relief requested in the Application. Accordingly, it is

**ORDERED**:

1. The Application (Doc. No. 35) is **APPROVED**.

2. In accordance with sections 327(a), 329, and 330 of the Bankruptcy Code, Debtor is authorized and empowered to employ and retain K&L Gates as its co-counsel in this Chapter 11 Case effective as of the Petition Date.

3. K&L Gates shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its proposed rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of Debtor.

4. Compensation will be determined later in accordance with 11 U.S.C. § 330. The hourly rates in the Application are not guaranteed and are subject to review. No payment may be made to K&L Gates absent submission of an application for payment of compensation and Court approval thereof.

5. Debtor is authorized and empowered to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Application.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

### #

Attorney R. Scott Shuker is directed to have a copy of this Order served on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.