**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                                Chapter 11 Case, Subchapter V

ORLANDO INTERNATIONAL RESORT CLUB          Case No. 6:25-bk-06813-GER
CONDOMINIUM ASSOCIATION, INC.,[1]

Debtor.

_____/

**APPLICATION TO EMPLOY**
**HILCO REAL ESTATE, LLC AS REAL ESTATE AGENTS'**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

    If you object to the relief requested in this paper you must file a response with the Clerk of Court at the Clerk of the Bankruptcy Court, George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, R. Scott Shuker, Esq., Shuker & Dorris, P.A., 121 S. Orange Ave., Ste. 1120, Orlando, Florida 32801 within fourteen (14) days from the date of the attached proof of service, plus an additional three (3) days if this paper was served on any party by U.S. Mail.

    If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

    You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

    The above-captioned debtor and debtor-in-possession (the "Debtor") hereby files its

*Application to Employ Hilco Real Estate, LLC as Real Estate Agents* (the "Application").  In

_____

[1] The last four digits of the Debtor's tax identification number are 2126.  The Debtor's primary place of business is 5353 Del Verde Way, Orlando, Florida 32819.

support of the Application, the Debtor relies upon the *Verified Statement of Eric Kaup*, attached hereto as **Exhibit A** (the "Kaup Declaration"), and respectfully represents as follows:

1.      On October 23, 2025, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor wishes to employ Hilco Real Estate, LLC ("Hilco"), as real estate agents herein, to perform real estate consulting and advisory services and to market and sell certain real property (the "Property") as set forth in the attached Real Estate Consulting and Advisory Services Agreement dated August 5, 2025 (the "Agreement"), attached to the Kaup Declaration, as **Annex I**.[2]

2.      The Debtor has selected Hilco because it has considerable real estate experience. Hilco has represented to the Debtor that it has prior bankruptcy experience, and the Debtor believes that Hilco is well qualified to represent it in this proceeding. Hilco is a diversified real estate consulting and advisory firm that evaluates, restructures, facilitates the acquisition of, and disposes of all types of real estate both nationally and internationally.  Kaup Decl., ¶ 3. Hilco has extensive experience solving complex real estate problems, including for debtors-in-possession in Chapter 11. *Id.* Hilco has an excellent reputation as a leader in the real estate field and has an experienced team of real estate brokers and analysts. *Id.* Hilco's disposition and auction team has worked with numerous clients in the accelerated sale of challenging properties nationwide and to monetize hard-to-sell assets. *Id.*

3.      As more fully set forth in the Agreement, the Debtor requests authorization to employ Hilco to provide the following consulting and real estate services (*Id.*, ¶ 4):

   a.      Development of a sales strategy with the Debtor, including meeting with the Debtor to ascertain its goals, objectives, and financial parameters in selling the Property, as set forth more fully in Exhibit B to the Agreement;

---

2 Hilco was represented in these negotiations, and in connection with this Application, by its in-house counsel.

b.      Solicitation of interested parties for the sale of the Property and marketing of the Property for sale through a managed qualifying bid process; and

c.      Conducting negotiations, at the Debtor's direction, for the sale of the Property.

4.      Hilco and the Debtor have negotiated the following proposed fee structure as set forth in the Agreement:

a.      <u>Fee</u>: In the event the property is sold, Hilco shall earn a fee equal to three percent (3.00%) of the Gross Sale Proceeds. For purposes hereof, "Gross Sale Proceeds" shall mean the aggregate cash and non-cash consideration received by the Debtor in consideration of the Property sold. The value of non-cash consideration paid for a Property shall be determined by mutual agreement between Hilco and the Debtor.

If applicable, Hilco will pay a referral fee/coop commission to a purchaser's agent from the foregoing commission. Hilco shall have exclusive authority to negotiate such fee with any purchaser's agent.

b.      <u>Costs</u>: The Debtor shall reimburse Hilco for all reasonable and customary Reimbursable Expenses (as defined below) incurred in connection with the performance of the services proposed under the Agreement; provided, however, that such reimbursement obligation shall be capped at $25,000. In addition to any other fees due hereunder, the Reimbursable Expenses shall be due and payable (i) at the closing of the sale of the Property to a third party, including a sale to a lender successfully credit bidding on such Property, (ii) in the event the Property does not sell, upon the expiration of the Term, or (iii) in the event the sale and/or auction is cancelled, on the date the sale and/or auction was scheduled to occur. "Reimbursable Expenses" means all out-of-pocket expenses incurred in connection with performance of the contemplated services, including, without limitation: reasonable expenses of marketing, advertising, economy travel and transportation as well as reasonable attorney's fees and costs associated with any bankruptcy proceeding and/or Hilco's retention therein as well as those associated with Hilco's response to a subpoena or similar directive to produce documents or testimony relating to Debtor; long distance telephone charges; postage and courier/overnight express fees.

*See* Annex I.

5.      Hilco has performed no prior services for the Debtor; therefore, Hilco has no prepetition or postpetition claims against Debtor. Kaup Decl., ¶ 6.

6.      Based upon the nature of the services to be provided by Hilco and the fact that Hilco does not bill clients on an hourly basis, the Debtor seeks relief from having Hilco maintain time records or file interim or final fee applications. *Id.*, ¶ 7.   Accordingly, the Debtor seeks to pay Hilco's fees and expenses in accordance with, and at the times specified in, the Agreement.

7.      Other than as may be set forth in the Kaup Declaration, to the best of the Debtor's knowledge, information and belief, Hilco has no adverse interests to the Debtor or the bankruptcy estate or any creditors or parties-in-interest and their respective attorneys in any matter to which they would be engaged, and their employment would be in the best interest of this estate pursuant to Section 327(c) of the Bankruptcy Code. *Id.,* ¶ 8.   Other than as may be set forth in the Kaup Declaration, to the best of the Debtor's knowledge, information and belief, Hilco has no connection or affiliation with the United States Trustee or any employees of the United States Trustee's office. *Id.*   Further, Hilco would be considered disinterested persons as defined under Section 101(14) and Rule 2014 of the Bankruptcy Code. *Id.*

WHEREFORE, the Debtor prays that it be authorized to employ Hilco Real Estate, LLC under the terms and conditions set forth herein, and that it be entitled to such other and further relief as is just.

Respectfully submitted,

**Orlando International Resort Club
Condominium Association, Inc.**

By: *Larry Baudoin*
DocuSigned by:
6801049C05487...

Larry Baudoin, President

Date:  January 16, 2026

Respectfully submitted,

*/s/ R. Scott Shuker*

Jeffrey T. Kucera
Carly S. Everhardt
**K&L GATES LLP**
Southeast Financial Center, Suite 3900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 539-3300
Email:    jeffrey.kucera@klgates.com
          carly.everhardt@klgates.com
- and -

Daniel M. Eliades (admitted *pro hac vice*)
Peter J. D'Auria (admitted *pro hac vice*)
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email: daniel.eliades@klgates.com
          peter.dauria@klgates.com

- and -

Jonathan N. Edel (admitted *pro hac vice*)
**K&L GATES LLP**
300 South Tryon St., Suite 1000
Charlotte, NC 28202
Telephone: (704) 331-7400
Email: jon.edel@klgates.com

- and -

R. Scott Shuker
**SHUKER & DORRIS, P.A.**
121 South Orange Ave., Suite 1120
Orlando, FL 32801
Telephone:  (407) 337-2060
Email:    rshuker@shukerdorris.com

*Counsel for the Debtor and Debtor-in-Possession*

**Exhibit A**
**Verified Statement of Eric Kaup**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                                    Chapter 11 Case, Subchapter V

ORLANDO INTERNATIONAL RESORT CLUB          Case No. 6:25-bk-06813-GER
CONDOMINIUM ASSOCIATION, INC.,[1]

Debtor.
_____/

**VERIFIED STATEMENT OF ERIC KAUP**

Comes Eric Kaup and hereby verifies under the penalty of perjury that the following is true and correct to the best of his knowledge, information, and belief:

1.      I am the Executive Vice President, Chief Commercial Officer, and Special Counsel of Hilco Trading, LLC (together with its subsidiaries, "Hilco Global"), the parent company of Hilco Real Estate, LLC ("Hilco"), whose offices are located at 5 Revere Drive, Suite 206, Northbrook, Illinois 60062.

2.      The professional services that Hilco shall render in this matter are real estate consulting and advisory services and to market and sell certain real property as set forth in the attached Real Estate Consulting and Advisory Services Agreement dated August 5, 2025 (the "Agreement").

3.      Hilco is a diversified real estate consulting and advisory firm that evaluates, restructures, facilitates the acquisition of, and disposes of all types of real estate both nationally and internationally. Hilco has extensive experience solving complex real estate problems, including for debtors-in-possession in Chapter 11.  Hilco has an excellent reputation as a leader

---

[1] The last four digits of the Debtor's tax identification number are 2126.  The Debtor's primary place of business is 5353 Del Verde Way, Orlando, Florida 32819.

in the real estate field and has an experienced team of real estate brokers and analysts. Hilco's disposition and auction team has worked with numerous clients in the accelerated sale of challenging properties nationwide and to monetize hard-to-sell assets.

4.      As more fully set forth in the Agreement, the Debtor requests authorization to employ Hilco to provide the following consulting and real estate services:

      a.      Development of a sales strategy with the Debtor, including meeting with the Debtor to ascertain its goals, objectives, and financial parameters in selling the Property, as set forth more fully in Exhibit B to the Agreement;

      b.      Solicitation of interested parties for the sale of the Property and marketing of the Property for sale through a managed qualifying bid process; and

      c.      Conducting negotiations, at the Debtor's direction, for the sale of the Property.

5.       If their employment is approved in this matter, Hilco shall be paid pursuant to the terms and conditions set forth in the Agreement attached hereto as **Annex I**.

6.      Hilco has performed no prior services for the Debtor; therefore, Hilco has no prepetition or postpetition claims against the Debtor.

7.      Based upon the nature of the services to be provided by Hilco and the fact that Hilco does not bill clients on an hourly basis, the Debtor seeks relief from having Hilco maintain time records or file interim or final fee applications.

8.      In the ordinary course of its business, Hilco Global maintains a database for purposes of performing "conflicts checks." The database contains information regarding Hilco Global's present and past representations and transactions. Hilco obtained a list of certain of the Debtor's creditors and other parties in interest in the above-captioned case ("Potential Parties in Interest") from Debtor's counsel for purposes of searching the aforementioned database and

determining the connection(s) which Hilco Global has with such entities. The list of Potential Parties in Interest is attached hereto as Annex II.

9.      Hilco searched the aforementioned database for the Potential Parties in Interest. Except as set forth on <u>Annex III</u> attached hereto, this inquiry revealed that none of the Potential Parties-in-Interest has a connection to Hilco.

10.      To the best of my knowledge, information and belief, Hilco has no adverse interests to the Debtor or the bankruptcy estate or any creditors or parties-in-interest and their respective attorneys in any matter to which they would be engaged.  Hilco has no connection or affiliation with the United States Trustee or any employees of the United States Trustee's office. Further, Hilco would be considered a disinterested person as defined under Section 101(13) and Rule 2014 of the Bankruptcy Code.

Eric Kaup
Authorized Signatory
Hilco Real Estate, LLC
Date: January 16, 2026

## ANNEX I

**The Agreement**

## REAL ESTATE CONSULTING, ADVISORY & SALES SERVICES AGREEMENT

This Agreement (the "Agreement") is entered into as of August 5, 2025, by and between Hilco Real Estate, LLC ("Hilco") and Orlando International Resort Club Condominium Association, Inc. (the "Seller").

### Recitals:

WHEREAS, the Seller desires to retain Hilco to sell the real estate property identified on Exhibit A in accordance with the terms set forth herein (the "Property"); and

WHEREAS, Hilco is willing to serve as the Seller's exclusive agent to perform the services described herein with respect to the Property.

### Agreement:

NOW, THEREFORE, in consideration of the foregoing recitals and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Seller and Hilco agree as follows:

1.    Consulting and Advisory Services.  At the Seller's request, Hilco shall provide consulting and advisory services in connection with negotiating sale of the Property.  Such services shall include:

(a)    Meeting with the Seller to ascertain the Seller's goals, objectives and financial parameters in selling the Property.  The sales structure, including reserve pricing, is more specifically described on Exhibit B.

(b)    Soliciting interested parties for the sale of the Property and marketing the Property for sale through a managed qualifying bid process.

(c)    At the Seller's direction and on the Seller's behalf, negotiating the terms of the sale of the Property.

2.    Term.  The term (the "Term") of this Agreement shall commence upon the execution hereof and shall expire six (6) months from the date hereof.  Thereafter, the term shall be automatically extended for successive thirty (30) day periods until terminated by either party upon at least thirty (30) days prior written notice to the other party.

3.    Authority.  During the Term, Hilco shall serve as the Seller's exclusive agent for the purpose of selling the Property; provided, however, that Hilco shall have the right, in its sole discretion, to co-broker and/or sub-broker with local agents.  All communications and inquiries regarding a sale of the Property, whether directed to the Seller or its counsel, accountants or other professionals, shall be redirected to Hilco.

4.    Additional Properties.  The Seller may, with the consent of Hilco, designate additional owned properties as a "Property" hereunder by providing written notice to Hilco of

such designation (email being sufficient). In the event that additional properties are designated as a Property hereunder, the terms and conditions of this Agreement shall govern the disposition of each such Property unless otherwise agreed by the Seller and Hilco. Hilco and the Seller may also expand the scope of services that will be provided to the Seller. To the extent the scope of services is expanded, Hilco and the Seller shall mutually agree on a compensation structure for such expanded services.

As set forth at Exhibit A, the Property currently consists only of Seller's ownership interest in the Resort Property (defined at Exhibit A). Seller has no current authority to market or sell the portion of the Resort Property owned by parties other than Seller.

Seller represents that it currently owns 63 intervals, or approximately 1.9% of the total intervals within the Resort Property. Without providing any guaranty, Seller agrees to use commercially reasonable efforts to (a) request written consent from each other owner of Resort Property for the sale of his/her/its interest in Resort Property, jointly with the sale of the interests of the Seller and all other owners and/or (b) seek entry of a court order authorizing Seller to market and sell each other owner's interests in the Resort Property. Absent such consent of other owners of Resort Property, or entry of a final and unappealable order or judgment of a court competent jurisdiction authorizing Seller to market and sell such third-party interest(s) in Resort Property, same shall not become "Property" under this Agreement and Seller shall have no liability to Hilco under this Agreement or otherwise for any compensation related to such third-party interest(s) in Resort Property or for any claims, damages, liabilities or expenses incurred by Hilco arising from, related to, or in any way connected with Resort Property owned by parties other than Seller. Notwithstanding anything to the contrary herein, once Seller obtains either (a) the written consent from each other owner of Resort Property for Seller to market for sale his/her/its interest in Resort Property, jointly with the sale of the interests of the Seller and all other owners or (b) the entry of a final and unappealable order or judgment of a court of competent jurisdiction authorizing Seller to market for sale each other owner's interest in Resort Property, jointly with the sale of the interests of the Seller and all other owners, all such third-party ownership interests in the Resort Property shall automatically be considered "Property" hereunder without any further action.

5. <u>Compensation</u>.

(a) In the event a Property is sold, Hilco shall earn a fee equal to the amounts set forth in <u>Exhibit B</u> of this Agreement.

(b) All fees payable to Hilco hereunder shall be free and clear of any liens, claims and encumbrances, including the liens of any secured parties and shall be payable at the time of closing on a sale of each Property.

(c) Except as set forth on <u>Exhibit B</u> with respect to a potential referral fee/coop commission to a purchaser's agent, Hilco shall not be responsible for any other fees or commissions in connection with the disposition of the Property, including, but not limited to, any fees or commissions that may be owed to the Seller's previous real estate brokers.

6.    <u>Survival</u>.  If, within ten (10) days after the termination or expiration of the Term of this Agreement, Hilco delivers to the Seller a written list of prospects for the Property (the "Prospect List"), and within one hundred eighty (180) days after the termination or expiration of the Term of this Agreement, the Seller consummates a sale of a Property to a prospect (or its successor, assignee or designee) set forth on the Prospect List, Hilco shall be entitled to a fee in accordance with Section 5 hereof, payable by the Seller, as if the sale had been agreed to or consummated during the Term of this Agreement.

7.    <u>Costs</u>. The Seller shall reimburse Hilco for all reasonable and customary Reimbursable Expenses (as defined below) incurred in connection with the performance of the services proposed hereunder; provided, however, that such reimbursement obligation shall be capped at $25,000.   In addition to any other fees due hereunder, the Reimbursable Expenses shall be due and payable (i) at the closing of the sale of the Property to a third party, including a sale to a lender successfully credit bidding on such Property, (ii) in the event the Property does not sell, upon the expiration of the Term, or (iii) in the event the sale and/or auction is cancelled, on the date the sale and/or auction was scheduled to occur.  "Reimbursable Expenses" means all out-of-pocket expenses incurred in connection with performance of the contemplated services, including, without limitation: reasonable expenses of marketing, advertising, economy travel and transportation as well as reasonable attorney's fees and costs associated with any bankruptcy proceeding and/or Hilco's retention therein as well as those associated with Hilco's response to a subpoena or similar directive to produce documents or testimony relating to Seller; long distance telephone charges; postage and courier/overnight express fees.

8.    <u>No Guaranty</u>. Hilco has not guaranteed, and is not hereby guaranteeing, any specific result on the sale of the Property.

9.    <u>Indemnification</u>.

(a)    The Seller shall indemnify Hilco and hold it harmless against any and all losses, claims, damages, liabilities and expenses incurred by Hilco, including without limitation, reasonable legal expenses, arising from, related to, or in any way connected with (i) the Seller's material breach of this Agreement, (ii) the fraud, gross negligence, or willful misconduct of the Seller, its officers or directors.

(b)    Hilco shall indemnify the Seller and hold it harmless against any and all losses, claims, damages, liabilities and expenses incurred by the Seller, including without limitation, reasonable legal expenses, arising from, related to, or in any way connected with (i) Hilco's material breach of this Agreement and (ii) the fraud, gross negligence, or willful misconduct of Hilco, its officers or directors.

10.    <u>General Provisions</u>.

(a)    The Seller represents and warrants to Hilco and covenants that: (i) the Seller has all legal right and authority to sell the Property; (ii) the Seller has taken all necessary actions required to authorize the execution, delivery and performance of this Agreement and the related documents contemplated hereby, and no further consent or approval is required for the Seller to enter into and deliver this Agreement and to perform its obligations under this

Agreement; and (iii) no court order or decree of any federal, state or local governmental authority or regulatory body is in effect that would prevent or impair, or is required for the Seller's consummation of, the transactions contemplated by this Agreement, and no consent of any third party which has not been obtained is required therefore.

(b)      In the event the Seller commences a case under title 11 of United States Code (the "Bankruptcy Code"), with a bankruptcy court (the "Bankruptcy Court"), the effectiveness of this Agreement shall be subject to and contingent upon the entry of an order under section 327 and 328 of the Bankruptcy Code (the "Retention Order"), in form and substance reasonably acceptable to Hilco, authorizing the Seller's entry into this Agreement, which the Seller agrees to use commercially reasonable efforts to obtain as soon as practicable. The Seller will use commercially reasonable efforts to ensure that the Retention Order shall specifically provide that: (i) Hilco is being retained, *nunc pro tunc* to the date hereof, pursuant to sections 327 and 328 of the Bankruptcy Code by the Seller; (ii) the payment of all fees and reimbursement of expenses hereunder to Hilco shall be free and clear of all liens, claims and encumbrances; (iii) all such payments of fees and reimbursement of expenses shall be made without further order of the Bankruptcy Court; and (iv) Hilco is not required to maintain time records or file interim or final fee applications.

(c)      The Seller and Hilco shall deal with each other in good faith so as to allow both parties to perform their duties and earn the benefits of this Agreement.

(d)      Hilco recommends that the Seller obtain legal, tax or other professional advice relating to this Agreement and the proposed sale of the Property as well as the condition and/or legality of the Property, including, but not limited to, the Property's improvements, equipment, soil, tenancies, title, environmental aspects and compliance with applicable law. The Seller acknowledges and agrees that Hilco will not and shall not have any obligation to investigate any such matters. The Seller hereby specifically authorizes Hilco and all sub-agents to disclose to prospective buyers any defects, latent or otherwise, known to them. The Seller acknowledges that Hilco does not have the responsibility to discover latent defects in the Property (including the presence of any hazardous or toxic substances on the Property) or to advise the Seller on matters outside the scope of this Agreement.

(e)      Any correspondence or required notice shall be addressed as follows and shall be deemed given (i) when received if hand delivered or sent by facsimile or electronic mail, (ii) three (3) business days after depositing in the United States mail if sent first-class certified mail, and (iii) on the next business day if sent by overnight mail:

<div style="margin-left:2em">

If to Hilco:          Hilco Real Estate, LLC
                      5 Revere Drive
                      Suite 410
                      Northbrook, Illinois 60062
                      Tel.    (847) 418-2703
                      Fax    (847) 897-0826
                      Attn:   Jeff Azuse
                      jazuse@hilcoglobal.com

</div>

with a copy to:          Hilco Global
                         5 Revere Drive, Suite 206
                         Northbrook, Illinois 60062
                         Tel.    (847) 504-2462
                         Fax     (847) 897-0874
                         Attn:   Christine Fredericks
                                 cfredericks@hilcoglobal.com

If to Seller:            Orlando International Resort Club Condominium
                         Association, Inc.
                         5353 Del Verde Way
                         Orlando, FL 32819
                         Attn: Larry Baudoin – President
                         larryonbriarfield@juno.com
                         Attn: Jeannine Rodriguez
                         Email: Jeannine.Rodriguez@wyn.com

with a copy to:          K&L Gates LLP
                         One Newark Center - 10th Floor
                         Newark, New Jersey 07102
                         Phone: 973 848 4018
                         Fax: 973 848 4001
                         Daniel M. Eliades
                         Daniel.Eliades@klgates.com
                         Jeffrey T. Kucera
                         Jeffrey.kucera@klgates.com
                         Jon N. Edell
                         Jon.edell@klgates.com

        (f)     This Agreement shall be deemed drafted by both parties hereto, and there shall be no presumption against either party in the interpretation of this Agreement.

        (g)     By executing or otherwise accepting this Agreement, the Seller and Hilco acknowledge and represent that they are represented by and have consulted with independent legal counsel with respect to the terms and conditions contained herein.

        (h)     This Agreement may be executed in original counterparts, and if executed and delivered via facsimile or electronic mail shall be deemed the equivalent of an original.

        (i)     This Agreement creates no third-party beneficiaries.

        (j)     The invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of any other provisions of this Agreement, which shall remain in full force and effect, and the invalid or unenforceable provision shall be reformed to

the minimum extent required to render it valid and enforceable and to affect the intent of this Agreement.

(i)     Neither this Agreement nor any of the rights hereunder may be transferred or assigned by either party hereto without the prior written consent of the other party. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, legal representatives, successors and permitted assigns.

(j)     No modification, amendment or waiver of any of the provisions contained in this Agreement, or any future representation, promise or condition in connection with the subject matter of this Agreement, shall be binding upon any party to this Agreement unless made in writing and signed by a duly authorized representative or agent of such party. The failure by either party to enforce, or the delay by either party in enforcing, any of said party's rights under this Agreement shall not be construed as a waiver of such rights, and said party may, within such time as is provided by the laws established by any government with applicable jurisdiction, commence appropriate suits, actions or proceedings to enforce any or all of such rights. A waiver by either party of a default in one or more instances shall not be construed as a waiver in other instances.

(k)     This Agreement, together with all additional schedules and exhibits attached hereto, constitutes a single, integrated written contract expressing the entire agreement of the parties concerning the subject matter hereof. No covenants, agreements, representations or warranties of any kind whatsoever have been made by any party to this Agreement except as specifically set forth in this Agreement. All prior agreements, discussions and negotiations are entirely superseded by this Agreement.

(l)     All headings and captions in this Agreement are for convenience only and shall not be interpreted to enlarge or restrict the provisions of the Agreement.

(m)     This Agreement has been made under the laws of the State of Florida, and such laws will control its interpretation and any and all issues, disputes, claims or causes of action which relate or pertain to, or result or arise from this Agreement or Hilco's services hereunder, shall be settled by the Bankruptcy Court.

(n)     The Seller acknowledges and agrees that Hilco may present the Property for sale to a potential purchaser who is also exclusively represented by Hilco. In such event, Hilco will disclose such arrangement to the Seller, and Hilco shall be considered a co-broker and may be paid a commission as the exclusive agent for the prospective purchaser in addition to any commission owed for the listing of the Property, except that in no event shall the Seller be obligated for any commission in excess of the amount provided for herein.

(o)     THE SELLER AND HILCO AGREE THAT THE PROPERTY WILL BE OFFERED FOR SALE AND WILL BE SOLD WITHOUT REGARD TO RACE, COLOR, RELIGIOUS CREED, ANCESTRY, AGE, NATIONAL ORIGIN, DISABILITY OR FAMILIAL STATUS.

(p)      IF EARNEST MONEY OR SIMILAR DEPOSITS ARE FORFEITED TO SELLER, IN ADDITION TO ANY OTHER RIGHTS OF HILCO HEREUNDER, THE FORFEITED EARNEST MONEY SHALL FIRST BE USED TO REIMBURSE HILCO FOR THEI REIMBURSABLE EXPENSES.  THE BALANCE OF THE EARNEST MONEY WILL BE PAID TO SELLER.

IN WITNESS WHEREOF, the Seller and Hilco have executed and delivered this Agreement as of the date first above written.

**ORLANDO INTERNATIONAL RESORT CLUB CONDOMINIUM ASSOCIATION, INC.**

By: _____

Title: Larry Baudoin, OIRC Condo Assn President

Date: 10/21/2025

**HILCO REAL ESTATE, LLC**

By: Eric W. Kaup

Title: Authorized Signatory

Date: October 22, 2025

Exhibits:
Exhibit A – Property List
Exhibit B – Sales Strategy & Commission Structure

**EXHIBIT A**

The "Property" consists only of:

(i) the Seller's legal ownership interest in real property commonly known at 5353 Del Verde Way, Orlando, Florida and improved by 63 condominium units, a reception/administration building, a clubhouse, swimming pool, fitness center, and common area (referred to as the "Resort Property"), and

(ii) the legal ownership interest of parties other than the Seller in the Resort Property subject to and contingent upon either (i) written consent from each other owner of Resort Property for Seller to market for sale his/her/its interest in Resort Property, jointly with the sale of the interests of the Seller and all other owners, or (ii) the entry of a final and unappealable order or judgment of a court of competent jurisdiction authorizing Seller to market each other owner's interest in Resort Property, jointly with the sale of the interests of the Seller and all other owners.

## EXHIBIT "B"

### Sales Process & Commission Structure

**SALES STRATEGY & STRUCTURE:** Managed Qualifying Bid Process

Unless otherwise specified herein or agreed to between Hilco and the Seller in writing, the sale will be conducted as a "reserve sale" subject to the approval of the Seller. If the sale is approved during the Managed Bid Sales Process or a Property otherwise sells during the Term (or during any tail period), the Seller shall be obligated to pay the below commission to Hilco.

## COMMISSION

In the event the Property is sold, Hilco shall earn a fee equal to Three percent (3.0%) of the Gross Sale Proceeds. For purposes hereof, "Gross Sale Proceeds" shall mean the aggregate cash and non-cash consideration received by the Seller in consideration of the Property sold. The value of non-cash consideration paid for a Property shall be determined by mutual agreement between Hilco and the Seller.

If applicable, Hilco will pay a referral fee/coop commission to a purchaser's agent from the above commission. Hilco shall have exclusive authority to negotiate such fee with any purchaser's agent.

## ANNEX II

**Potential Parties in Interest**

**M.D. Fl. Bankruptcy Judges**

Judge Grace E. Robson
Judge Tiffany Geyer
Judge Lori V. Vaughan

**U.S. Trustee for Region 21**

Audrey Aleskovsky
Michael W. Aponte
Scott E. Bomkamp
Bryan Buenaventura
Maureen E. Gimenez
Jill Kelso
Lori Luce
Robert Lynch
Allysan Mcguire-Gonzalez
Daniel Munoz
Donna Murray
Ana Rosa Rodriguez
Ileraine F. Salloum
Maxie Sellers
William J. Simonitsch
Patricia A. Sinclair
J. Leila Singh
Mary Ida Townson

**Banks**

Comerica Bank
Merrill Lynch
Wells Fargo Bank

**Insurance**

AIG Specialty Insurance Company
HDI Global Specialty SE
Lloyds of London
Starr Indemnity & Liability Company
Starr Surplus Lines Insurance Company

**Taxing Authorities**

City of Orlando
City of Orlando Commercial Fire Alarm Permit
City of Orlando Permitting Svcs
Dept of Business & Professional Regulation
Florida Dept of Health in Orange County
Florida Dept of Revenue
Orange County Tax Collector
State of Florida Dept of Revenue
US Dept of Treasury, IRS

**Utilities**

Interconn Resources, LLC
Orlando Utilities Commission
Resort Service Group, Inc.
Spectrum Business
TECO Peoples Gas

**Vendors**

Aarons Backflow Services Inc
Advantage Golf Cars LLC
Amadeus Hospitality Americas Inc
Amazon
A-Quality Awnings Cabanas And Shade LLC
Armstrong Consulting Inc
Ashberry Acquisition Company
B&E Fire Safety
Brady Plus
Cds Resources LLC
Charter Communications Holdings
Cintas Corporation
City of Orlando
City of Orlando Fire Dept
Convergeone Inc
Cosco
Crown Linen LLC

Dormakaba Canada Inc
Dynamic Electric Service LLC
Ecolab Inc
Exp Us Services Inc
Fence Specialty LLC
Ferran Services & Contracting Inc
Frank Gay Services
Gembecki Enterprises Inc
Hd Supply Inc
Home Depot
Interconn Resources LLC
Jeh Construction Inc
Kings Services Solutions LLC
Landscape Workshop LLC
Lloyd'S Glass Services LLC
Lowes
Miller Seal Coating And
Mobile Mini
Mood Media North America
My Net Wire
Orange County Health Dept
Orange County Tax Collector
Ouc
Publix
Resort Service Group Inc
Resort Supply
Resort Supply Inc
Sams Club
Scentair Technologies LLC
Sobel Linen
Spies Pool LLC
State Lakes Inc
State of Florida
Stephens Insurance LLC
Teco
Terminix
Terminix Commercial
The Sherwin-Williams Company

Total Key Control Inc
Universal Protection Serv LP
Walmart
Wiring Technologies Inc

## Owners

Abel, Gwendolyn
Abels, Guy
Abney, Sylvia B
Acosta, Indrani
Adams, Joanne
Aernie, Gregory
Agada, Sandra
Ahmed, Linda
Albers, Raymond T
Alberto, Brendan
Aldeghi, Keith
Aldridge, Stephanie Murray
Alexander, Larry& Marla
Ali, Yasmin
Allen, Daryl
Allen, Sandra
Allen, William
Allison, William
Alm, Greg E
Alpert, Richard
Altreche, Peter
Alvarez, Carlos
Alvarnaz, Richard
Anderson, David
Anderson, Loveda
Anderson, Susan (Bruschi)
Andolsek, William
Andrews, Parker D.
Andries, Clement
Anistranski, Joseph
Ansted, James
Antos, Gary
Apuan, Michael

Arenare, Michael
Armogan, Brian
Atkins, Larry
Atwood, E Barrett
Avila, Fernando
Azares, Alejandre
Ba Family, LLC
Baez, Edgardo
Bahr, Tracy
Baker, Margaret
Bakerink, Allan
Balderas, Jr., Frutoso
Baldridge, Thomas
Baldwin Jr, Gordon Lee
Banks, Michael
Barber, Darryl
Barcelona, Lauri K.
Barker, Todd
Barnes, Debra
Barnes, Gayle
Barnett, Jonathan
Barr Jr, Thomas
Barr, Laurie A
Barrett, Diane
Barron, Jesse
Bartholmey, Thomas
Bate, William
Bateman, William
Battistoni, Robert
Baudoin, Larry
Bautista, Luisito
Beardsley, Kenneth
Beaver, Gregory T
Becnel, Charles L.
Behan, Carol
Beidel, Mark
Belcher, Clayton
Bello Salas, Freddy
Bender, Richard A.
Bender, Richard R.

Benn, Kenneth
Bennett, Alfreida
Benson, Arthur
Bent, Raymond
Berg, Vernon
Bergman, Alexa Lauren
Bermudez, Hiram
Bernard, Judy
Berry, James
Berry, Warren F
Bewersdorf, Mary Beth
Beyer, Penney
Bidgood, Judith
Bigalk, David And Jane
Billingslea, Lillie
Biondi, Andrea Rose E
Bishop, David
Bixler, Curtis
Blair, Brian
Blakey, Brian S.
Bliffen, John
Block, Nancy & Bruce
Blount Jr, Clenton
Bockmann, Mark
Bode, Derek
Boettcher, Richard
Boggs, Bryan
Bogh, Richard
Boissonneault, Gerard
Boisvert, Jaime Paris
Bolden, Donald
Bolden, Donald P
Bomnin, Antonio
Booher, D Bruce
Books, John
Bowers, Steve
Bowers, Steven F. And D
Bowes, Russell
Braga, Walter
Brandford, Stanley

Brandt, Mike
Brauman, Matt
Bridges, Arlene
Brockmann, John
Brody, Michael L
Bronson, Donald
Bronstein, Lee
Brooks, Gregory
Brown, Bradley L.
Brown, Cliffton
Brown, Donald S.
Brown, Ernest
Brown, Frank L
Brown, James
Brown, Larry
Brown, Lewis D. And Ka
Brown, R., James W
Brown, Randy Lee
Bruschi, John A
Bruss, Phyllis
Bryan, Francis
Bryan, Robert
Bunce, Kerrell
Burgdorf, Margaret
Burger, Doreen M
Burke, William J.
Burns, Donna M
Burns, Joseph
Burns, Nadine
Burns, Patrick T
Buster, Greg
Butler, Leonard
Byers, Michael
Byrd, Cleo
Byrd, Joseph Duane
Byrd, Sr, George W
Caldwell, Keith
Callahan, Patrick
Cansler, Lanier
Caputo, Frank

Capwell, Richard
Carbone, Joseph
Carey, J Christopher
Carey, Willis
Carhart, Elaine R.
Carlson, Daren
Carpenter, Kevin
Carr, Joann
Carrasquel, Saul
Carroll, Annie M
Carter, James R
Carter, Ricardo
Case, B. Lori
Casey, Kevin T.
Casey, Raymond
Cassar, Dennis
Castelli, Susanne
Castle, Richard A
Cataldo, Paul
Cesario, Leslie A
Chadwick, Alyson
Chadwick, Michael
Chaffin, Jeanny
Chamness, James
Chapman, James T
Chapman, James T.
Chappell, William J
Charles, Mary I
Charton, Mary
Chaudhry, Yudhveer
Chavis Jr., John
Cheney, Robert
Chipp, William
Chipp, William M
Chiu, John,
Chrisp, Max
Christen, Laverne S
Chuck, Arthur
Ciarrocca, Peter
Cimino Ii, Anthony J

Cinicola, Lorenzo P
Clark, John
Clarke, Robert
Clifton, David D
Clifton-Fogg, Barbara
Clink, Jack
Club Wyndham Access
Cocoa, Nc.
Cody, Howard Eugene
Cogan, James
Coker, David
Colangelo, Susan
Colegrove, Terry
Coley, Raymond M.
Collins, Powhatan
Commer, Alan
Conca, Gina A
Condit, Jonathan
Coombs, Donna S
Cooper, Elgin
Corbitt, William
Corder, Eilene A
Cordero Jr, Rafael
Cordova, Juan E
Corman, E Mitchell
Cottle, Randall
Council Iv, Cecil
Couture, Daniel
Cox,Jr., John R.
Cragen, Thomas
Craig, Brian E
Craig, Jon
Crawford, Frederick
Crocco, Jean
Cromie, Kenneth
Cross Joint Trust
Cross, George
Cross, George Bruce
Cumberland R E Group Llp
Cummings, Eddie

Cummings, Jack
Cunningham, Malcolm
Currey, David E
Cuttill, Michael
Dabbs, Thomas
Dalle, Nancy
Dalley, Andrew
Dalton, Garland
Dangel, Aloysius G
Daniel, Marion
Daniels, Barry
Daniels, Benjamin F
Dao, Thanh
D'Arcy, Jonathan R
Davenport, Michael
Davis, Carole A
Davis, Mary Elizabeth
Davis, Robert
Day, Carroll
De Martinez S., Agata Emanuela
Debruine, Harold
Decker, James D
Defrisco, Kevin
Deininger, Karen
Deister, Kelly Ann
Del Prete, David
Delacruz, Renato
Deming, Glenn
Denning, Dale
Desrosier, Paul
Devaughn, Denise
Deveira, Adrianne
Devivo, Angelo And Dian
Diaz, Rosaura
Dibb, Murray J.
Dickey, Kathryn
Dietrich, Kevin S
Digiaimo, Frank
Dilger, Donna
Dimmel, Mary

Dipietro, William
Ditzler, Scott
Dixon, Thomas
Do, Giao
Dodds, Judy A
Dodson, William C.
Donaldson, Stephen
Donoghue, Robert A
Dooley, Bruce M.
Doolittle Jr, Charles W
Doreen Curran, Juanita
Dougherty, Stephen
Downs, Jr., Robert
Drude, Randy Joseph
Dubois, John
Dugan, Shannon Michael
Duncan, Catherine & Jim
Dunpear Llc
Durr Jr, Jim
Durr Jr, Jim H
Durr, David
Dykstra, David
Eckbreth, Todd C
Eddings, James A
Edwards, Douglas
Edwards, Joseph
Eggleston, Brenda
Elbin, Donna
Elkins, David
Elliott, Bervin
Ellis, Mary
Ellsworth A Warner Jr Family Trust
Ellsworth Alfred Warner Jr Family Trust
Espinoza, Margot
Esquenazi, Luis
Est Charles Cole Jr
Est Of Alejandro Fernandez
Est Of Carl Schultz/Schultz
Est Of Dolores L Mood
Est Of James Hogan/Hogan

Est Of Maridel S Moffett
Est Of Raymond Russell/Russell
Est Of Sylvia Dietz
Est Of William Raber
Estate Of Charles Shores Sr
Estate Of Hugh Boutwell, Hugh
Estate Of James Stewart
Estate Of John Wesolowski
Estate Of Luzvimi Lictawa
Estate Of Ricki L Chowning
Estate Of Robert Krimsky
Estate Of William C Davis
Estate Of William E Vesely
Estes, Angela E
Evans, Jeffery L
Faille Jr, Robert
Faille Jr, Robert C
Faragon, June
Fare, Jamie
Farr, J. Russell
Farris, Leslie
Fasciano, Kim
Fauble, Pamela S
Faulborn Jr, Joseph
Faulkner, William
Faust, Jeanette
Feddeler, Jennifer
Feldkamp, Kenneth
Feldman, Rafael
Felty, Robert
Fernandez, Roberto A
Ferraro, John R.
Ferraro, Thomas
Fields, Personal Rep, Cassie June Mccorm
Fields, Thomas
Filipski, Michael
Filling, Richard
Fine, Bruce
Fischer, Karel
Fischer, Susan

Fisher-Benn, Lesley

Fitzgerald, Willie

Fleming, Mary Ellen

Flynn, Judith

Foley, Gary

Foley, Melissa

Foley, Steven

Ford, C

Ford, Valerie

Foresman, Charles

Forrest, Cathy J.

Fortini, Donna

Fourcand, Joelle

Fowles, Dennis

Fox, Kerry

Frank, John

Franke, Dennis

Franzoni, Guido

Frei, Glen

Frey, Carla Melhorn

Fritz, John E.

Froloff, Lionel J

Fross, Jacqueline

Fullmer, Joanne

Gaffigan, Garrick

Gaffner Trust

Gallegos, Jennifer

Gan, Pin Pin

Gant, Dean C

Garcia-Mendez, Leonardo

Gardella, Edward

Geigher, James

Gerst, Mark B

Ghilani, Richard

Giarratano, Anthony

Giblin, Michael

Giles, Monica

Gilley, Herbert Ray

Gilliam, Johnny

Gilligan, Teresa

Gilmore, Paul

Gimbel, Charles

Gionti, Joseph P.

Girnys, Dennis

Givens, Percy

Gong, Tim

Goodwin Sr, Thomas

Gordon, John

Gowda, Spinivasa

Goyette, Heather

Graganella, James

Graham, Gary

Grant, Ellsworth

Grant, Tim

Gray, Louella

Greenzweight, Judith

Gregory, Pamelyn Su

Gregory, Richard W

Greig, Kevin

Grejes Holdings

Grey, Duane

Griner, Gary

Grosneck, Michael

Gross, Christine L

Gross, Luis A

Groves, Richard P

Grusenmeyer, Robert

Gubelman, Kurt E

Guevara, Wilford

Gullickson, James

Guma, Daniel

Gunter, Ronald J.

Gursky, Donald

Gutierrez, Gregory V

Haanen, William

Haass, Beverly

Hadaway, Sandra

Hagar, Robert E

Haizlip, Judith M

Hall, Lindsay

Hallquist, Benita J

Hamilton, Howard

Hamilton, Jeffery

Hamilton, Mark R

Hanchey, Amy

Handon, Dwight G.

Hanley, Mary C

Hanley, Wayne S

Hansch, Christian

Hanthorn, Gordon L

Hardy, Boice

Harney, David

Harper, Steven R

Harris, Charles

Harris, Danny

Harrison, Mary A.

Hart Iii, Edward

Haugstad, Bradley

Hawkins, Barbara

Hawkins, Nathaniel S

Hayden, Alexander

Headley, Daniel L And Linda E

Heal, Gordon Joseph

Hecox, Robert R

Heller, Gail

Helm, Joseph

Helman, Jr., John

Henderson, Jack

Henderson, William

Henson, Ronnie

Hernandez Ramirez, Oscar

Hernandez, Armando

Hernandez, Domingo

Hernandez, Felipe

Hernandez, Harry

Hernandez, William

Hinrichs, Randall L

Hinton, Jimmy

Hinton, Robert

Hirsch, James

Hirschberg, Robert M

Hobbs, Randy L

Hodges, Ray

Hoffe, James

Hoffman, Anthony

Holldorf, Jerome

Holly Simonsen Trust

Holsan, John

Hom, Leslie T.

Hoot Owl Inc

Hope, Gordon

Hopkins, H Rayfield

Horne, Lavone

Horner, Stephen

Horton, Carmen Renee

Hostetler, Timothy A

Howard Mckenzie, Carlotta

Howard, Iii, Willis

Howarth, Christopher

Howell, Charles

Howland, Michele V

Hrgich, Catherine A

Hruschka, Gary

Hubeny, Carl

Huffman, Gary

Huffman, Jeffrey A

Hughes, Stanley

Hughes, Stanley S

Hugo, Feliciano

Hui, Alex K

Huley, Pamela

Hummel, Nancy C.

Hutchinson, Jeffrey

Hutto, Sammy

Ingram, Marilyn Ed

Innovative Wealth Planning, Inc

Irwin, Terry D. & Mari

Isaac, David

Ishii, Rodney

Jackson, Carolyn

Jackson, Elayne

Jackson, Ricky

Jacobs, Flint W

Jacobs, Reed

Jacoby, Ronald Sr

Jahnke, Rickie Raymond

James, Alexander

James, Keith

Jarvis, Sandra

Jaskewich, R. John A

Jay, Keith

Jeanty, Serge

Jenkins, Theodore

Jennings, David

Johns, Kevin

Johnson, Charles

Johnson, Janet E

Johnson, Judy M

Johnson, Kenneth

Johnson, Lisa

Johnson, Richard

Johnson, William Leonard

Jones, Christophe J

Jones, Debra

Jones, Fred

Jones, Larry D

Jones, Tilford

Jones, Wanda Deveen

Jordan, Ernest

Jorge, Milagros

Judge, James

Judge, James T. And Ba

Justice, Danny Ray Celello

K. Asato, Jeneen M

Kaewsowatana, Watana

Kajomovitz, Isaac

Kane, Margaret M

Kanger, David

Kania, Michael

Kaplan, Norman

Karcher, Chris A. And He

Keene, Thomas

Keener, Timothy

Kelly Ii, Donald E

Kelly, Brian

Kemps Living Trust

Kennedy, Clark

Kerr, David T

Kessler, Cory

Kester, Kyle L

Kevitz, Joanne

Key West Partners, LLC

Kifer, Alan

Kinert, Kent

King, Bruce

Kinsey, David

Klein, Brian

Klein, Thomas

Klein, Walter

Kleinsteuber, Dana L.

Kling Jr, John

Klocke, Sydney

Koester, Carol

Kontra, Richard

Kotha, Vijayasimha

Kouroupas, Paul

Kruszona, John

Kurz, Robert

Kutzli,Ii, Edwin Conrad

Kuzma, Edward

L John & Angela C Lina Living Trust

La Monica, John

Labrador, Michael

Labreche-Ventresca, Linda

Lacour, Dennis M

Lados, Anthony

Laidlaw, James B

Laidlaw, James B.

Laird, Kevin

Lamb, Philip B

Lamb, Philip Baird

Lamb, Phillip

Lancaster, Robert

Lane, Tracy

Langworthy, Teresa

Langworthy, Teresa R.

Lanni, Joseph

Lansaw, Helen C

Lantz, Paul

Lao, Tammy

Larman, James E

Lau Md, Chosen

Lavery, Kenneth H

Lawrence, Kevin

Lawrence, Ralph K

Lawrence, Ralph Keith

Lawrence, Ricky

Lawton, Shailer

Leland, Roberta

Lerchen, Robin

Leung, Joseph

Lewinger, John

Lewis, Ronald

Lingle, Bill

Lively, Bruce

Long, Elwood

Longendyke, Ralph S

Lorbiecki, Peter

Lucsky, Rocho

Lumsden, Kimberly

Lunde, Dennis

Luoma, Kari

Lykes, Elias

Lynch, Mark

Lyons, Danny & Vicki

Macedo, Manuel

Machado, Cary

Macmillan, Stuart

Maddaford, Robert

Maduedo, Mario

Magic, James

Magness, Edward

Maioriello, Alfonso & Kathl

Maize, Dennis L

Makowski, Wayne

Malachowski, Margaret

Malham, Mark

Malinoski, Jonathan R

Mancuso, John

Manion, David

Marco Island Charter, Middle School

Marino, Salvatore

Marlin Art Inc

Marquis, Ronnie

Marshall, Andrew

Marshall, Sheri L.

Martel, Shane

Martin, Damon

Martin, David And Susan

Martin, David S. And Su

Martin, Gail

Martin, Jonathan

Martin, Kenneth W

Masiello, Michael

Mason, David

Mason, Kimberli

Massa, Juana Kamerlin

Massie, Sean

Masters, David

Mastromatteo, Keith

Mathieu, Raymond

Matos Jr, Alejandro

Matos, Anita

Matthews, Stephen R

Mauldin, Pauline

Mayfield, Ronald M & Nancy L

Maze, Rev. Larry E.

Mazur, Stephen

Mcandrew, Rebecca

Mcbride, Clayton R

Mccarthy, Denis
Mccaskill, Lonnie
Mccasland, Jack
Mcclure, Richard
Mcclurg, Thomas
Mccoy, Daniel
Mccrory, Michael J
Mcdaniel, V
Mcdowell, Janet
Mcgee, John
Mcgee, Takisha
Mcglocklin, Michael Sean
Mcguire, Susan
Mckinley, George
Mcknight, Robert
Mclaughlin, John
Mclean, Kanice
Mcmain, Karen
Meek, Teresa L
Melander, Karen
Mench, Allen
Mendes, Ann Marie
Merchant, Carl
Merriweather, Jarvis
Messina Living Trust
Messmore, George
Metzler, Sheila A.
Michael, Kim
Microwonders, Inc
Miklowitz, Linda
Miklowitz, Linda G
Milburn, Bernard
Miller, John A & Lida G
Miller, Keith
Miller, Larry
Miller, Ray
Miller, Susan K
Miller, Truman
Miller, William F. And
Miller-Manes, Deborah

Mills, Glenn
Mims, Debra L
Minke, Peter
Minnemann, Darren
Mitchell, Douglas
Moade, Michael
Moden, Lloyd
Modica, Gregory
Modrusan, Daniel L
Mohr-Scinocca, Mary
Money, Clarence
Monmouth, Danielle R
Monoyios, Louis
Montemayor, Maria Farinas
Moon, Lawrence
Moore, Charles
Moore, Terry F.
Moore, Walter M.
Morfi, Jesus
Morris, Carmen
Morris, Robert
Morrison, Elbert
Morrisson, Robert
Morso, Emanuele
Mortimer, Luis
Mosher, Richard
Mosness, Robert Terry
Mowery, Alison L.
Mrozinski, William R.
Mrs.Carol, .Sibilia
Mudie, Ronald C.
Mueller, Joseph
Muir, Donald
Mullins, Susan C.
Mullins-Jones, Tanya
Murray, Erica Lynn
Muscatello, Thomas
Nakon, Michael And
Nancy M Haist Living Trust
Natherson, Russell S.

Neely, Kenneth
Nelson Jr., Terrance A.
Nevius, Dennis
Newbauer, Craig G.
Newman, Barbara R
Newman, Richard
Newton, Richard
Nicholas, Lester
Nicks, James
Niehaus, Amanda
Nielsen, Edward And Lind
Nimmer, Scott
Norfolk, Craig
Northrup, Kenneth
Norwood, Ian
Novak, Allan
Novotny, Frank
Nuestro, Patrick Millado
Nystrom, Eric E
Oakes Jr, Kenneth E
Odom, Jerry
Oertly, Louis
Olcott-Coenen, Vicky
Olsen Revocable Living Trust
Olsen, Steven D
Overby, Spencer & Kathr
Packer, Robert
Palen, George J. Rebecca A.
Palermo, Jesse
Pantojan, Rolando, Intong
Parker, Joan
Parker, Jr, Wheeler
Parker, Marcus
Parsons, Cheryl
Paskevic, Richard
Patel, Prakash
Patenaude, Walter
Paulin, Timothy M
Peck, Pamela T
Peever, Terry R.

Pegues, Ramona
Perdichizzi, Fiori
Perez, Victor
Peteros, Edna
Petersen, Todd
Peterson, Margaret
Petrevski, Boris
Petrillo, Gregory
Phillips, David
Pickard, Stephen R
Pierce, Caroline
Pierotti-Kaplan, Claudia
Pike, David E.
Pilars Financial Services
Piller, Dyan
Pinero, Alfredo
Pitman, William D
Plant, Vicki
Planters Trust # 0263
Polanco, Evelyn R.
Pope, James
Powell Jr, Garnet L
Powell, Earl
Powell, Fred T
Powell, James R
Powers, Colleen M
Powers, Wayne
Powtran
Pradovich, Maryann
Preston, Xavier D
Priebe, Kinsey R
Priego, Guillermo
Prim, Kevin
Primmer, James D.
Prince, K
Prince, Kenneth M
Prindle, Paul
Pringle Revocable Trust
Pritchett, Catherine
Prospes, Gordon

Pugh, Elsie
Purnell, Hubert
Quach, Han S. & Trinh,
Ragsdale, William
Raldiris, Eric S.
Ramirez, Giovnni
Ramos, Cesar
Ramos, Jose
Ramos, Juan E.
Randall, Austin
Rao, Dave
Rapisardi, Jacqueline
Rattray Iii, Maurice
Rawlins, James
Raymond, Edward
Read, Ashley D
Reaser, Dennis
Reese, Robert
Reeves Sr, Roderick
Regala, Mario
Regenbaum, Sheldon
Reilley, Robert
Reinholz, Laura A.
Reiss, Robert
Rejda, Larry
Rembert, Inez
Remington Iii, William M
Renaud, Jeffery
Reuman, Eugene
Rhodes, Sonica
Ricciardelli, Rosemary
Rice, John
Rich, George
Richards, David R
Richards, Frank
Richards, Kenneth
Richmond, Stephen
Ricker, William
Rieber, Christopher
Riel, Gail Obach

Rine, Keith
Ripley, Shawn
Rivera, Awilda
Robbins, Robert
Roberts, Robin L.
Roberts, Thad L.
Robinson, Jason P
Robinson, John
Rodarte, Walter
Rodgers, Patrick
Rodrigues, Antonio Manuel
Rodwancy, Donald M
Rodwancy, Terry
Roetting, John
Rogers, Harold
Rogers, James M. And No
Rompilla, Robert
Ronan, Edward
Rondon, Fatima
Roos, Richard
Rose, Anna Marie
Rose, Annamarie
Rose, Sandra
Ross, Shawn B
Rothman, Steven
Rouse, Randy
Rowell, Margaret
Rubbico, Joan
Rucker, Stacey
Rumel, Dean
Russell, Matthew R.
Russell, Timothy
Russell, Timothy L.
Ruth, Linda
Rutkowski, Philip J
Ryan, Cathy
Sabino, Rui
Sage, Glen R
Saint Amand, James
Salerno, Leslie

Saluccio, Salvatore

Salvatore, Michael

Samora, Connie

Samson Revocable Trust

Samuels, Victor

Sanchez, Edmundo

Sanchez, Juan F

Sander, Ttee, Sharon

Sanders, Denise

Sanders, Willie

Santiago, Ivette

Sanzari, Vince & Swierk,

Saraceno, Robert

Sass, Rick

Satlin, Kenneth

Sauls, Shannon

Saunders, Mary Catherine

Sauve', Marc

Sawh, Lall

Scarborough Iii, Freling

Schade, William

Scheele, Tessa N.

Schell, Robert

Scherer, Richard

Schieber, Mark

Schieler, Larry

Schiffer, Dimmel

Schneider, Michael

Schoeppner, Randall C.

Schofield, James P

Schott, William

Schrock, Dennis K

Schroeder, Coleen A.

Schultz, Carl

Schultz, Jeffery D.

Schwieder, Arthur William

Schwier, Terry

Scott, John

Scott, Mark

Scott, Valerie

Sculley, Paul

Sealy, Paul

Sears, Arthur

Seeterram, C

Seidl, Peter

Seim, Roger

Senko, Lon

Serrano-Ramos, Marisol

Settle, James

Shah, Anne C Cole

Shah, Anne C. Cole

Shaughnessy, Robert

Shek, Thompson

Shelburne, James

Shelton, Earl D.

Sheppard, David

Sheppard, Kim B

Sherman, Shirley

Shero, Raymond

Shick, David J.

Shipferling, Robert

Shoals, Millard

Sicinski, Paul

Simmons, Kevin And Linda

Simmons, Randal

Simms, Jon

Singer, Stuart

Singer, Stuart Ii

Singleton, Glenn M.

Sites, Richard L

Six, J Wayne

Skarbek, Joseph

Skenesky, John P

Skywalker, Luke

Small, Gary

Small, Richard

Smith, Bradley S.

Smith, David

Smith, Ellen

Smith, Ernest

Smith, George

Smith, James Hart

Smith, Mark

Smith, Steve

Smithwick, Brigitte

Smoody, Joseph

Snibbe, Robert

Snyder, Michael

So, Juanito

Soifer, Terry

Solomon, Edward

Songco, Evelyn

Sonnenberg, David J.

Sopelak, Robert

Speith, Barbara Sue

Spencer, John L

Spencer, Larry

Spencer, Mattie Ruth

Spinner, David L.

Stahler, Robert

Stearns, Thomas

Steege, Ronald

Stefans, Robert

Steidl, Joseph

Stello, Joseph

Stello, Joseph And Joan

Stewart, Robert W

Stewart, Tamara L

Stiles, Robert M

Stoneback, H. Neal And Lil

Stover, Agnes

Stover, John R

Streeter Jr., Louis C

Stroud, Diane

Sudo, Ramon

Sunyak, Joseph

Surdey, John

Surdey, Robert

Sutherland, Tabitha

Swart Family Revocable Trust

Swasey, Robert L.,Nancy

Swayne, Lloyd

Sweeney, Glenda

Swirczynski, James

Szen, Mark

Taborda, Fabian

Talbot, Stuart

Tames, Howard

Tang, Lin-Lan

Tannenbaum, Charles

Tavano, Thomas

Taylor, Michelle

Taylor, Paul

Telesco, Thomas

Tereyla, Mark

Tessaro, Albert

The Davenport Management Trust

The Estate Of Morris Gjessing

Theodore, Johnny

Thibault, Arthur

Thill, Todd

Thomas, Edward

Thomas, Edward M

Thomas, Pamela M.

Thomas, Patrick M

Thompson, Wayne

Thorner, Lisette

Threats, Deborah

Throne, Jeffrey

Tillman, Timolyn Whitney

Todaro Estate, Carole

Tolle, William

Tomak, Edward

Tomlinson, James

Torigian, Joanne

Towns Jr, William

Tracy, Craig

Trankle, James

Traylor, Charlotte

Trembley, William

Tribe, Russel
Tripi, Anthony
Trudil, David
Truitt, Kenneth
Tsang, Tony
Tschosik, Jeffrey L
Tucker, Sandra L
Tucker, Steven Mark
Tutnauer, Phillip
Tuttle, David E.
Twilley, Rita
Unger, Robert
Univ Of Detroit Jesuit Hs & Academy
Ushijima, Duane
Van Dehey, Mark G
Van Veen, Sheila Michelle
Vendetto, David
Verratti, Michael N
Vespi, Richard
Villacres, Luis
Vincent, Jeri A
Vincent, Nancy
Vincent, William R
Vinson, Martha
Visnakovs, John
Vose, Gretchen
Vuvan, Binh
Waggoner, James
Wahlberg, Gregory
Waitkunas, Samantha L
Walker-Howe, Tangelia
Wallace, Daniel D
Wallace, Shirley
Waller, Donald
Waller, James
Walters, David
Walters, Vernon
Warner, Valerie L
Warnsby Sr, James
Waszkiewicz, Helmut

Watkins, Stephen
Wearing, Todd M.
Weathers, James A
Weaver, Bruce M.
Webb Estate
Webb, Alphonza
Webb, Linda
Webb, Robert D
Webster, Teresa Lianne
Weekes, Ian Christopher
Weisenberger, Jay
Weissmark, Elliott
Wells, Jessie Burnett
Welter, Harry
Wenger, Joseph
Wentworth, Marcia
Wesneski, Lyle E
West Ruk Holdings 1 Llc
West, Donald
Westbrook, Amber R
Wharton Jr, Robert
Whiddon, Floyd
White, Gregory
White, Walter
Wier, William
Wilder, Mark
Wilkins, Thomas H.
Williams Sr, Kevin
Williams, Jacinda
Williams, Kavita
Williams, Lucille
Williams, Re
Williams, Sylvan
Williams, Tylee J
Willms, Linda
Willson, Maritza
Wilson, Daniel
Wilson, David J.
Wilson, Donald
Wilson, William

Winandy, Terry L Lyons
Winsky, Michael
Winter, Jackson
Winter, Robert
Wiseman, William
Woitkowiak, Richard
Wolfe, Samuel
Woodfall, Jerry
Woods, Robert
Woodward, Jeff
Wool, Peter
Worsey Estate, Howard
Wright, Barbara J.
Wright, Eugene
Wright, George
Wright, Kenneth
Wroblewski, James
Wulf, Chad
Wvr - Developer
Wvr Developer
Wvr-Developer
Wyne, David R.
Yates, Kenneth
Young, Barbara
Young, Sara M
Yue, Cindy L
Yuge, Dale M.
Zeyen, Nicholas A.
Zibro, Angela Joyce
Zimmerman, Charles
Zirlis, Robert
Zolman, Richard
Zuhlke, Paul

**<u>ANNEX III</u>**

**Disclosures**

# ANNEX III

## Disclosures

a.   In matters unrelated to the Debtor, Hilco and/or its subsidiaries have performed or are currently performing advisory, appraisal, consulting, valuation, brokerage or disposition services for (or related to loans made by) or to Sherwin Williams Company.

b.   In matters unrelated to the Debtor, Hilco Merchant Retailers, LLC and/or its subsidiaries have performed or are currently performing advisory, consulting, disposition or liquidation services for: (i) Amazon, (ii) Walmart, and (iii) Wells Fargo Bank, N.A.

c.   In matters unrelated to the Debtor, Hilco Valuation Services, LLC, and/or its subsidiaries have performed or are currently performing appraisal, advisory, consulting, valuation, field examination, disposition or liquidation services for, (or related to loans made by) or to the following entities: (i) Comerica Bank, (ii) HD Supply, (iii) Home Depot, (iv) Terminix, and (v) Wells Fargo Bank.

d.   In matters unrelated to the Debtor, Hilco IP Services, LLC d/b/a Hilco Streambank, LLC, an affiliate of Hilco, has performed or is currently performing IPv4 brokerage, advisory, consulting, valuation and monetization, services for, or to the following entities: (i) Amazon, (ii) Charter Communications, and (iii) Wells Fargo Bank.

e.   Affiliates' of Hilco have credit facilities with Wells Fargo Bank.

f.   Because of the magnitude of the entire creditor list in this chapter 11 case, it is possible that Hilco and/or its affiliates may represent or may have represented other creditors of the Debtor but does not represent any such creditors in connection with this chapter 11 case. Hilco and/or its affiliates presently or in the past have served as a professional person in other matters, wholly unrelated to the Debtor or this chapter 11 case, in which other attorneys, accountants and other professionals of the Debtor, creditors, or other parties in interest may have also served or serve as professional persons.

**<u>Proposed Order</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                                      Chapter 11 Case, Subchapter V

ORLANDO INTERNATIONAL RESORT CLUB          Case No. 6:25-bk-06813-GER
CONDOMINIUM ASSOCIATION, INC.,[1]

Debtor.
_____/

## ORDER GRANTING APPLICATION TO EMPLOY
## HILCO REAL ESTATE, LLC AS REAL ESTATE AGENTS

Upon the Application of the Debtor to employ Hilco Real Estate, LLC as Real Estate Agents and Notice thereon having been filed with this Court and served upon all creditors and parties-in-interest on December __, 2025; there having been no written objections filed with the Clerk of Court within fourteen (14) days of Notice; and, upon the entire record herein, the Court finds that said Application is well taken.  Accordingly, it is

**ORDERED** that:

1.       The Application is approved.

2.       It is hereby **ORDERED** that the Debtor is hereby granted the authority to employ Hilco Real Estate, LLC as Real Estate Agents to market and sell the Property on behalf of the Debtor under the terms and conditions set forth in the Application previously filed herein and the Agreement.

3.       It is further **ORDERED** that the proposed fee structure, set forth with more particularity in the Application and Agreement, is approved and Hilco shall be entitled to

---

1 The last four digits of the Debtor's tax identification number are 2126.  The Debtor's primary place of business is 5353 Del Verde Way, Orlando, Florida 32819.

1605131187.4

compensation and reimbursement of expenses in accordance with, and at the times specified in, the Agreement.

4.      It is further **ORDERED** that the payment of all fees and reimbursement of expenses to Hilco under the Agreement shall be free and clear of all liens, claims, and encumbrances.

5.      It is further **ORDERED** that Hilco is not required to maintain time records or file interim or final fee applications.

6.      It is further **ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

*(Attorney R. Scott Shuker is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*